UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| IMRE KIFOR,<br>          Plaintiff,<br><br>v.<br><br>THE COMMONWEALTH OF MASSACHUSETTS,<br>GOVERNOR MAURA HEALEY (official capacity),<br>ATTORNEY GENERAL ANDREA JOY CAMPBELL (official<br>capacity), COMMISSIONER GEOFFREY E. SNYDER (official<br>capacity, Mass. Department of Revenue, Child Support Services<br>Division), and CHIEF JUSTICE JOHN D. CASEY (official<br>capacity) Mass. Probate And Family Court Department,<br>          Defendants. | Case No:<br><br><br><br><br><br><br><br><br>JURY DEMANDED |

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND DAMAGES

The Plaintiff, Imre Kifor ("Father"), respectfully states as follows:

### INTRODUCTION

1) This is a complaint for continued deliberate violations of Title VI/VII of the Civil Rights Act

of 1964 (42 U.S.C. §§ 2000d/e, *et seq.*) by the Defendants' ("State") manifested conspiracy

to silence and enslave through the sustained and systemic deprivation of civil rights (42 U.S.

C. §§ 1981, 1983, and 1985) and the now 14 years-long pattern of organized racketeering.

### PARTIES

2) Father is a naturalized U.S. citizen sheltering in Newton, MA, who was discriminated against

(and subsequently retaliated against) by the herein-alleged conspiracy to silence and enslave.

3) The principal Defendant, the Commonwealth of Massachusetts, is a state government with Governor Maura Healey (in an official capacity) and Attorney General Andrea Campbell (in an official capacity) as the proper and relevant legal representatives of the Commonwealth.

4) The other Defendants, the Mass. Department of Revenue, Child Support Services Division ("DOR"), and Probate And Family Court Department, specifically Middlesex Probate And Family Court ("Family Court"), are governmental agencies and/or adjudicatory bodies with Commissioner Geoffrey Snyder and Chief Justice John Casey (in official capacities) as the proper and relevant legal representatives for the DOR and Family Court, respectively. A suit against any agency/adjudicatory body of the State is the same as a suit against the State itself.

## JURISDICTION

5) This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 & 1343, because it arises under the laws and the Constitution of the United States and is brought to redress and recover damages for the sustained/systemic deprivation of civil rights.

6) Further jurisdiction exists pursuant to 28 U.S.C. §§ 2201 & 2202 and based on 42 U.S.C. § 1983. Supplemental jurisdiction over Father's claims made under Massachusetts State law exists pursuant to 28 U.S.C. § 1367. State courts also have concurrent jurisdiction over all deprivation of civil rights. Father's pending parallel lawsuits in Family Court are about the consequences of the ongoing conspiracy to silence and enslave through deliberately violated constitutional rights -- only to conceal the now manifested discriminations and all subsequent retaliations, and to obstruct the substantiated, attorney-assisted Rule 60(b) fraud on the court.

7) Each and all of the acts (or threats of acts) alleged herein were committed by the Defendants, or their officers, agents, and employees, under the color and pretense of the statutes, rules,

and regulations of the Commonwealth. Therefore, the Court has personal jurisdiction because the Defendants committed the described tortious and prohibited ongoing acts in this district.

## VENUE

8) The venue is proper in this judicial district pursuant to 28 U.S.C. § 1391, and 42 U.S.C. § 2000d/e because the Defendants reside and conduct business in this district and a substantial part of the events and deliberate violations giving rise to the claims alleged herein occurred in this district and because the alleged unlawful discrimination & retaliation practices were committed here, and relevant records to those practices are maintained and also administered here. The Defendants are jointly engaged in wrongful conduct in this district and have such minimum contacts with this district that exercising jurisdiction is thus just and reasonable.

## ELEMENTS OF TITLE VI VIOLATIONS

9) Pursuant to Title VI of the Civil Rights Act of 1964 ("Title VI"), "No person in the U.S. shall, on the ground of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving Federal financial assistance," Father is a "person" and State is a Child Support Enforcement: Program Basics[1] ("CSE"), "recipient" of assistance: "the program is a federal-state matching grant program under which states must spend money in order to receive federal funding."

10) Moreover, pursuant to the "Title VI Legal Manual" published by the Civil Rights Division at the U.S. Dept. of Justice (see a truncated copy of the document[2] attached in the addendum), the following excerpts provide the legal context for the herein complaint's manifested facts:

---

[1] See https://crsreports.congress.gov/product/pdf/RS/RS22380.

[2] See https://www.justice.gov/crt/media/1384931/dl?inline.

a) Private parties seeking judicial enforcement of Title VI's nondiscrimination protections must prove intentional discrimination... Generally, intentional discrimination occurs when the recipient acted, at least in part, because of the actual or perceived race, color, or national origin of the alleged victims of discriminatory treatment. While discriminatory intent need not be the only motive, a violation occurs when the evidence shows that the entity adopted a policy at issue "'because of,' not merely 'in spite of,' its adverse effects upon an identifiable group... the record need not contain evidence of "bad faith, ill will or any evil motive on the part of the [recipient]."

b) Express classifications are the clearest form of direct evidence of discriminatory intent. If a recipient explicitly conditions the receipt of benefits or services on the race, color, or national origin of the beneficiary, or directs adverse action to be taken based on race, color, or national origin, such a policy or practice constitutes an express classification.

c) It is well-settled that Title VI supports retaliation claims... When a person reasonably believes that he or she has been the victim of discrimination that Title VI or other federal law prohibits, that person should be able to report the alleged discrimination without fear of retaliation or fear that doing so will further jeopardize accessing benefits or services... The Supreme Court has defined retaliation as an intentional act in response to a protected action... [The Supreme Court] underscored the intentional nature of a retaliation complaint: "Retaliation is, by definition, an intentional act. It is a form of 'discrimination' because the complainant is being subjected to differential treatment."

d) Retaliation is a deliberate action used to send a clear message that complaining is unwelcome and risky. It is employed to instill fear in others who might consider making a

complaint in the future. Those with cause for complaining are frequently among the most vulnerable in an institution. Once they complain, they are labeled "troublemakers." Retaliation, and the fear of retaliation, becomes a potent weapon used to maintain the power structure within the institution...

e) A statute that prohibits intentional discrimination implicitly prohibits acts of retaliation for complaints about or opposition to discrimination... A retaliation complaint can be filed by the individual who was the target of the recipient's original allegedly discriminatory acts; a person whom the recipient has adversely treated for speaking out against the recipient's discriminatory acts directed toward members of a protected class; a person who participated in an investigation of alleged discrimination or in the complaint process itself.

f) Under Title VI, the evidence must show that (1) an individual engaged in protected activity of which the recipient was aware; (2) the recipient took a significantly adverse action against the individual; and (3) a causal connection exists between the individual's protected activity and the recipient's adverse action... For there to be "protected activity," the evidence must show that a person opposed a recipient's actions that the person reasonably and in good faith believed violated Title VI or participated in a matter that reasonably or in good faith alleged a violation... The evidence does not have to establish that the underlying act violated Title VI, only that the complainant reasonably/in good faith believed that the acts were discriminatory.

g) For a Title VI retaliation claim, an adverse action is an action that would deter a reasonable person from bringing/supporting a charge of discrimination.

h) Lastly, the evidence must show that the protected activity was the likely reason for the recipient's adverse action. The focus here is on determining whether there is a causal connection between the complainant's protected activity and the recipient's adverse action.

i) The Supreme Court has established "an implied private right of action" under Title VI, leaving it "beyond dispute that private individuals may sue" to address allegations of intentional discrimination... [The] Supreme Court explained that the private right of action under Title VI exists only under Section 601, for cases of intentional discrimination... The private right of action under Section 601 for intentional discrimination cannot be brought against individuals except in their official capacity... Generally, Title VI does not provide a cause of action for private plaintiffs to sue the federal government directly or to address an allegation that the government has failed to perform its Title VI responsibilities.

j) The most common form of relief sought and obtained through a Title VI private right of action is an injunction ordering a recipient to do or to stop doing something. Private individuals may sue to enforce § 601 of Title VI and obtain both injunctive relief and damages... the moving party must demonstrate: (1) that it has suffered an irreparable injury; (2) that remedies available at law, such as monetary damages, are inadequate to compensate for that injury; (3) that, considering the balance of hardships between the plaintiff and defendant, a remedy in equity is warranted; and (4) that the public interest would not be disserved by a permanent injunction.

k) The law is well-settled that private individuals may obtain monetary damages for claims of intentional discrimination under Section 601 of Title VI... There is no requirement that a plaintiff exhaust administrative remedies prior to bringing a private Title VI civil action.

l) The Eleventh Amendment reflects a broad principle of sovereign immunity. Since 1890, the Supreme Court consistently has held that this Amendment protects a state from being sued in federal court without the state's consent. However, federal courts have jurisdiction over a state if the state has either waived its immunity or Congress has abrogated unequivocally a state's immunity pursuant to valid powers. Congress has unequivocally done so with respect to Title VI and related statutes (e.g., Title VII).

11) Consequently, substantiated by the diligently preserved, comprehensive, and uncontested facts, detailed in the attached affidavit and summarized herein, the legal immigrant Father alleges that the State has deliberately committed, with ulterior motives, sustained & systemic discriminations/subsequent retaliations against him based on race, color, and national origin.

### ELEMENTS OF TITLE VII (ANTI-RETALIATION) VIOLATIONS

12) Title VII of the Civil Rights Act of 1964 ("Title VII") forbids employment discrimination based on "race, color, religion, sex, or national origin." While Father has never been a government employee, 42 U.S.C. §2000e–2(a) and its **anti-retaliation provision** forbids "discriminat[ion] against" an employee or job applicant who, inter alia, has "made a charge, testified, assisted, or participated in" a Title VII proceeding or investigation, §2000e–3(a).

13) Moreover, the U.S. Supreme Court held in <u>Burlington Northern & Santa Fe Railway Co. v. White</u>, 548 U.S. 53 (2006), that adverse employment action exists for conduct that "would have been materially adverse to a reasonable employee or job applicant" and the action could "dissuade a reasonable worker from making or supporting a charge of discrimination." In addition, the Court expanded the scope of the definition of "adverse employment action" by stating that it "extends beyond workplace-related or employment-related retaliatory acts and

harms." This expanded definition, therefore, could include things that occur beyond everyday interactions in the office, such as encouraging frivolous litigation for intimidation purposes.

14) Specifically, "The anti-retaliation provision does not confine the actions and harms it forbids to those that are related to employment or occur at the workplace. The language of the substantive and anti-retaliation provisions differ in important ways. The terms 'hire,' 'discharge,' 'compensation, terms, conditions, or privileges of employment,' 'employment opportunities,' and 'status as an employee' explicitly limit the substantive provision's scope to actions that affect employment or workplace conditions. **The anti-retaliation provision has no such limiting words** [emphasis added]. This Court presumes that, where words differ as they do here, Congress has acted intentionally and purposely. There is strong reason to believe that Congress intended the differences here, for the two provisions differ not only in language but also in purpose. The anti-discrimination provision seeks a workplace where individuals are not discriminated against because of their status, while the anti-retaliation provision seeks to prevent an employer from interfering with an employee's efforts to secure or advance enforcement of the Act's basic guarantees. To secure the first objective, Congress needed only to prohibit employment-related discrimination. But this would not achieve the second objective because it would not deter the many forms that effective retaliation can take, therefore failing to fully achieve the anti-retaliation provision's purpose of 'maintaining unfettered access to statutory remedial mechanisms.' Thus, purpose reinforces what the language says, namely, that the anti-retaliation provision is not limited to actions affecting employment terms and conditions. Neither this Court's precedent nor EEOC's interpretations support a contrary conclusion. Nor is it anomalous to read the statute to provide broader

protection for retaliation victims than for victims of discrimination. Congress has provided similar protection from retaliation in comparable statutes. And differences in the purpose of the two Title VII provisions remove any perceived anomaly, for they justify this difference in interpretation," <u>Burlington Northern & Santa Fe Railway Co. v. White</u>, 548 U.S. 53 (2006).

15) Furthermore, "Reasoning that Title VII was intended to prohibit employers 'from exerting any power [they] may have to foreclose, on invidious grounds, access by any individual to employment opportunities otherwise available to him,' the court concluded that the statute did not contemplate providing protections only in those situations where there was a direct employment relationship between the plaintiff and defendant, i.e., that of 'an employee of an employer.' The court held that, although the defendant was not the plaintiff's 'actual [or] potential direct employer,' the complaint alleged sufficient facts to state a claim against one 'who control[s] access to ... employment and who den[ies] ... access by reference to invidious criteria.' *Sibley Memorial Hosp. v. Wilson*," <u>Lopez v. Commonwealth</u>, 463 Mass. 696, 703 (Mass. 2012), the Massachusetts Supreme Judicial Court ("SJC") reiterated its endorsement of "Although they were not directly employed by the division, the plaintiffs argue that the division, as an 'employer,' may nevertheless be subject to liability on an indirect employment theory, and rely on Federal case law interpreting Title VII to support their claim." Or, in other words, "Other circuit courts of the U.S. Court of Appeals have held similarly that a plaintiff bringing a claim under Title VII need not be in a direct employer-employee relationship with the defendant, so long as the defendant is an employer that 'interferes with an individual's employment opportunities with another employer,'" <u>Lopez v. Commonwealth</u>, *supra* at 704.

16) However, directly contradicting the State's herein restated (and duly substantiated) acts of discriminations and retaliations against Father, the SJC ordered in Lopez v. Commonwealth, *supra*, "We conclude that the plaintiffs' claim under G.L.c. 151B, § 4 (4A), should not have been dismissed because it alleges adequately that the defendants interfered with the plaintiffs' enjoyment of rights protected by G.L.c. 151B, specifically the plaintiffs' right to be free of racial discrimination" in the context of "The plaintiffs filed the present suit in their individual capacities and as representatives of a class of similarly situated individuals, defined as '[a]ll Black and Hispanic police officers within the Commonwealth of Massachusetts who are employed in cities and towns...'" The glaring difference between the "double protected with equity"[3] Blacks/Hispanics vs. Father, a "mere 'garbage'[4] leftover without any constitutional rights," is that the legal immigrant Father is also a majority white, straight male (i.e., strictly non-LGBTQ+), and non-custodial parent -- see his petition for a writ of certiorari docketed on 5/23/2025 with the Supreme Court, No. 24-7282, and his attached "Amended Petition To Correct And Prevent Errors Pursuant To G.L.c. 211, § 3, Due To Discrepancy Between State And Federal 'LGBTQ+' Discrimination Law" endlessly reiterated to the SJC on 6/15/2025.

17) Consequently, substantiated by the diligently preserved comprehensive and uncontested facts detailed in the attached affidavit and summarized herein, Father demonstrates that the State has deliberately committed, with ulterior motives, sustained/systemic **employment-related**

---

[3] See "State Constitutional Law Declares Its Independence: Double Protecting Rights During a Time of Federal Constitutional Upheaval" by Scott L. Kafker, Associate Justice of the Massachusetts Supreme Judicial Court, as published at https://repository.uclawsf.edu/hastings_constitutional_law_quaterly/vol49/iss2/4/.

[4] See https://www.cnn.com/2024/10/30/politics/kamala-harris-joe-biden-garbage-comment/index.html.

**retaliations** against him based on his race, color, sex, and also national origin, all occurring directly after his consistent and relentless complaints for discriminations, while deliberately targeting Father's existence, i.e., his **absolute employability**, for intimidation purposes with an organized, Mafia-inspired racketeering pattern -- or effectively "go get a minimum wage 'flipping burgers' job without even a driver's license and with a now half million dollars of forcedly induced and usuriously accumulated combined in-arrears child supports/expenses."

## CASE HISTORY AND REVERSE DISCRIMINATION

18) In his above petition to the Supreme Court, Father complained that this Court ("USDC"):

a) Dismissed the case on 12/21/2023, and Father's subsequent motion to alter or amend the judgment was denied on 1/5/2024. The denial to alter was reiterated on 1/22/2024. Father timely filed a notice of appeal on 1/9/2024.

b) Consequently, Father presented the following issues for review to [the U.S. Court Of Appeals For The First Circuit ("USCA1")]: (1) Father is a *pro se* and *forma pauperis* party but **not a prisoner** as [USDC] noted "[He] claims that he is under 'implicit long-term house arrest' ... his allegation of 'implicit' custodial status at this point is wholly inadequate ... a review of the Petition and exhibits does not reveal that [he is] currently in custody at all," Kifor v. Probate & Family Court et al., No. 20-11601-PBS; and (2) In the context of the 2/16/2023 Presidential Executive Order ("[Biden's] Executive Order"), Father asserted even to The White House on 1/26/2024: "As I have not committed any crimes, have never been convicted, and have never been a prisoner, I immediately objected to [the USDC's projected] 'prisoner-like' (but purely group-identity-based) segregation."

- 11 -

c) ... In the context of the 12/21/2023 dismissal, the raised issues for review are: A... B... C. Is [USDC] justified to openly and deliberately engage in a "dogmatic interplay" with the agenda-driven statutory discriminations & retaliations by Massachusetts and thus actively advance "prisoner-like" segregations?

d) ... Substantiating Father's "dogmatic interplay" claims between state and federal courts, he was ordered to silence, i.e., "[Father] is warned that if he continues to file any future complaints in this [USDC] concerning the proceedings in state court, he may be restrained from filing any future complaints with this [USDC] as well as become subject to other filing restrictions and sanctions."

e) Despite the substantiated sustained statutory discriminations and deliberate retaliations against Father by the State, the USDC still concluded that "To the extent [Father] seeks injunctive relief against state officials, [he] has not stated a viable claim for relief under the narrow exception to sovereign immunity" while deceivingly claiming "In conducting this [Title VI violations] review, the [USDC] liberally construes the complaint because [he] is proceeding *pro se*."

f) Moreover, to silence a *pro se* Father, USDC ignored the context of the original <u>Gonzalez-Gonzalez v. U.S.</u> citation as it was carefully qualified: "A *sua sponte* dismissal **may** stand ... [but] *sua sponte* dismissals are **risky** business ... We will uphold a *sua sponte* dismissal only if allegations are patently **meritless**."

g) Continuing with the scheme to "silence and enslave" Father, the USDC asserted that "as a *pro se* plaintiff, [Father] cannot act as a class representative .... cannot fairly and adequately represent the interests of the class that he has identified."

h) Treating all *pro se* and *in forma pauperis* parties as mere "prisoners," USDC also ignored the full context of the original <u>Avery v. Powell</u> citation as it was qualified too: "[A]n inmate incarcerated, [a] *pro se* plaintiff **may** not possess the knowledge and experience necessary to protect the interests of the class ... requiring complex statistical evidence." Yet, **Father is not an incarcerated inmate** but a trained professional, specifically in studying complex systems.

i) The USDC's scheme of casting all *pro se* and *in forma pauperis* parties into mere "prisoners" continued by ignoring the full context of the <u>Murphy v. Baker</u> citation as well, specifically that "courts have routinely denied a **prisoner's** request to represent a **class of prisoners** without the assistance of counsel."

j) The USDC's reframing of the directly implied <u>Howard v. Pollard</u> opinion is even more troubling as it deliberately disregarded the original intent/reasoning: "We deny the ... petition because it does not raise a novel issue of class-certification law and the petitioners do not establish that the denial of class certification signals the death knell of their action ... decisions establish that it is **generally** not an abuse of discretion to deny class certification on the ground that a *pro se* litigant is not an adequate class representative ... But the purpose of Rule 23(g) is not to enable *pro se* plaintiffs to obtain counsel ...; the purpose is to ensure that the proposed class counsel is adequate."

k) Regardless, with President Trump's just issued <u>"Ending Illegal Discrimination And Restoring Merit-Based Opportunity"</u>[5] Presidential Action, all previous, Marxist-inspired "equity-based" (mere social justice) presumptions have been rescinded and all new claims for

---

[5] See <u>https://www.whitehouse.gov/presidential-actions/2025/01/ending-illegal-discrimination-and-restoring-merit-based-opportunity/</u>.

federal Title VI/VII civil rights violations will have to be reviewed based on the individual merits. Consequently, Father will renew his USDC complaint [today].

12) This Court (and subsequently USCA1) could effectively ignore Father's every utterance, and treat him as a mere "prisoner" without any rights to complain about anything, apparently due to the "background circumstances" rule nullifying all his claims. However, on 6/5/2025, the Supreme Court invalidated the background circumstances rule for Title VII claims, resolving a split in federal circuits and holding that courts must evaluate claims brought by majority-group plaintiffs under the same evidentiary framework as for minority-group plaintiffs.

13) The routine imposition of the additional burden by such "background circumstances" rules, Justice Ketanji Brown-Jackson wrote, "cannot be squared with the text of Title VII or our longstanding precedents," Ames v. Ohio Department of Youth Services, 605 U.S. __ (2025).

14) Specifically, "The law's focus on individuals rather than groups is anything but academic. By establishing the same protections for every 'individual' -- without regard to that individual's membership in a minority or majority group -- Congress left no room for courts to impose special requirements on majority-group plaintiffs alone ... Our case law makes clear that the standard for proving disparate treatment under Title VII does not vary based on whether or not the plaintiff is a member of a majority group. Accord to *Bostock*, ('This statute works to protect individuals of both sexes from discrimination, and does so equally'), the 'background circumstances' rule flouts that basic principle," Ames v. Ohio Dept. of Youth Serv., *supra*.

15) The background circumstances rule (or **"Reverse Discrimination"**) has been so entrenched that USCA1 ignored Father's "Motion For Injunction Against The Manifestly Vindictive

Commonwealth Defendants And Declaration That President Biden's Marxist-Inspired 'Equity For All' Blatant Deception Is Unconstitutional" e-filed and justified on 11/12/2024:

> "... As already established since 10/14/2024, the Family Court continues to refuse to docket even Father's e-filed and timely oppositions (supported by his affidavit and extensive relevant evidence) to a maliciously biased and otherwise hateful anti-immigrant motion. As the thus committed predicate acts of [Civil] RICO racketeering activities support Father's assertion that 'no remedy for discrimination is ever possible if the evidence is deliberately discarded or erased by the perpetrators themselves,' they also simultaneously violate [both Title VI/VII]. WHEREFORE, Father respectfully requests this Court to a) enjoin the child-predatory 'feminist' and profiteering 'LGBTQ+' agenda-driven State from discriminating against the significant number of immigrant men by either inciting the 'ignorant illegals' into violating federal law or effectively discarding the legal immigrant men as mere 'Biden's garbage' by outright erasing their evidence and systemically nullifying their complaints and b) declare that [former] President Biden's 2/16/2023 Executive Order is unconstitutional, as it deceptively intends to foster the above discrimination by the states against the predominantly male immigrants."

16) As a consequence of the relentless disparate treatments against Father by the State, i.e., his **induced forced indigency,** Father's existence and housing have also been destabilized. The underlying stereotypical (and factually baseless) projections had been that he was somehow living in "luxury" with "hidden Romanian assets." On the contrary, Father began receiving Mass. DTA/SNAP benefits and actual food from two Newton Food Pantries on 3/14/2025. He also started sleeping in a tent in Newton. The city's Director of Human Services later

allowed him to call the Bristol Lodge Men's Shelter in Waltham on 3/28/2025. She also prepaid a cell phone that Father could use to call the homeless shelter's "daily lottery" for bed availability. A bed became available on 4/1/2025, and upon immediately completing his intake, Father was accepted to stay -- though only during the night -- at the homeless shelter for the next 90 days. **Father has been sleeping at the shelter every night since 4/1/2025.**

17) Revealing the State's deeply predatory & profiteering -- initially for federal funds -- motives, Father now has proof that, as a legal immigrant/citizen, he is receiving $292/month aid and a bed in a shelter with ~50 people, whereas the State is extorting 10+ times that amount from taxpayers per illegal immigrant, see "Migrant influx pushing Mass. shelter costs past $1B in FY25: Mass. taxpayers are forking out around $1,000/person/week under the program... Gov. Healey's administration has already spent $830 million so far in FY25, accommodating more than 4,000 families who have been receiving taxpayer-funded shelter, food, education, legal aid, and case management. The costs work out at about $3,496/week per family, or around $1,000/person/week for the program, known as the Emergency Assistance (EA) system."[6]

18) Father specifically notes that, despite his four children being extensively tortured by the State with an **agenda-driven forced "fatherlessness,"** his diligent application was rejected by the same Emergency Assistance (EA) system -- apparently because it would have contradicted (and penalized) the State's demand for the half million dollars of fraudulently and usuriously accumulated child supports, i.e., the numerically proportional federal CSE reimbursements.

---

[6] See https://www.foxnews.com/politics/migrant-influx-pushing-mass-shelter-costs-past-1b-fy25-report.

- 16 -

## THE CHILD-PREDATORY AND PROFITEERING DISCRIMINATION SCHEME

19) Starting on 1/31/2022, Father has been petitioning the SJC regarding his substantiated claims that the State had deliberately subverted the "innocent until proven guilty" core principle of our rule of law -- while also secretly replacing it with a) a manifestly profiteering agenda (for fraudulently "maximized" federal reimbursements), and b) the Stalinist-inspired "guilty until proven innocent -- but with all proofs purposefully discarded and evidence outright erased."

20) Significantly, after repeated threats of sanctions against the forcedly indigent Father, the SJC ordered on 9/26/2024 that "The court will grant leave [for docketing his petition] if [Father] demonstrates that he has no other adequate remedy and provides the court with a record to substantiate his claim." Consequently, Father furnished the Court with his "SJC Record," or SJ-2024-M026 and SJ-2025-M006. Moreover, he substantiated that Reverse Discrimination, i.e., any "double protection," see Ames v. Ohio Dept. of Youth Servs, *supra*, is meaningless & ineffective (as a means for fraudulently "maximizing" federal reimbursements) if mothers do not perjure themselves for "the cause" in Family Court. Specifically, his expanded recent SJC Record reveals not only the sought proofs of the committed obstructions of justice, but also demonstrates the concise mechanism behind the deliberate scheme that the State uses as a base for its deeply child-predatory "feminist" and purely profiteering "LGBTQ+" agenda.

21) As Reverse Discrimination has never been recognized by Massachusetts law, this scheme -- which silences and enslaves a majority on purpose in exchange for federal reimbursements -- also directs the AGO, MCAD, Superior Court, etc., to endlessly reject Father's complaints.

22) Specifically, Father's G.L.c. 151B discrimination complaint against the State in the Superior Court was dismissed by effectively reiterating the State's defense that "[Father's] claims [of

- 17 -

disparate treatment] are barred by absolute judicial or prosecutorial immunity because they arise from: judicial rulings in custody and child support proceedings in Family Court; the prosecution of those proceedings; or decisions [by the AGO] not to pursue alleged civil rights claims arising out of those proceedings." Had Reverse Discrimination been recognized by Massachusetts law, the precedent from <u>Lopez v. Commonwealth</u>, *supra*, would have applied, as Father intentionally constructed his essentially identical disparate treatment claims against the State by faithfully following the pattern established by the Black/Hispanic police officers.

23) While Massachusetts claims protection for all from G.L.c. 272, § 98, "main" discriminations (based on race, color, sex, gender, and national origin) and all subsequent G.L.c. 151B, § 9, "unlawful practices" (i.e., G.L.c. 151B, § 4 (4) retaliation, (4A) interference, and (5) aiding and abetting employment discrimination), Father and all white, straight male, and mere non-custodial parent members of a thus **"never to be protected class"** are silently fully excluded.

24) Consequently, the manifestations of the federal Civil RICO "prohibited activities" (e.g., mail and wire fraud, obstruction of justice, and repeated/targeted direct retaliations -- that Father has consistently alleged in his complaints) coincide precisely with these "unlawful practices."

25) Significantly, Father's SJC Record diligently substantiated already on 2/10/2025 that proving the repeated cycles of sustained and systemic disparate treatments had been plain impossible before the a) "NOT GUILTY" (for not paying child support/expenses) reversal on 2/26/2024 regarding the prior invidious maliciously baseless "Father has hidden Romanian assets" mere projections; b) silent revealing on 4/20/2024 of the 12/5/2013 secret -- and unequivocally discrimination-hiding -- "gatekeeper" order; and c) SJC's confirmation on 5/31/2024 of the invidious mail fraud, falsified dockets, and, hence, the repeatedly sabotaged direct appeals.

26) The latest instances of mail fraud committed by Family Court pointed to the latest instances of parallel -- at least 3 occurrences for "systemic pattern" claims -- falsified court dockets:

   a) the explicit discarding of Father's properly supported and timely e-filed submissions -- see his "[SJC] Status Affidavit On The Effectively Discarded And Verifiably Erased Motion For Relief By The Family Court's Case Manager" e-filed on 5/8/2025,

   b) the outright erasing of Father's uncontested facts -- see his "[SJC] Status Affidavit On The Effectively Discarded And Verifiably Erased Comprehensive Uncontested Facts By The Family Court" e-filed on 5/11/2025, specifically:

   "Predictably, Family Court ultimately docketed both 'Request For Defendant's Admissions' documents on or about 5/5/2025. However, they were **truncated from their original 77 pages to a mere 2, with all 437 uncontested facts erased.**"

27) Consequently, Father respectfully concluded to the SJC in his record that "It is obvious that with the Family Court's a) allowed mail fraud, b) secret 'gatekeeper' orders, c) forcedly faulty filings, d) openly discarded pleadings, and e) large-scale verifiable erasure of even the uncontested facts, no targeted parties will ever have peace or justice." The Single Justice Appeals Court has also confirmed on 5/28/2025 that it is effectively powerless regarding the deliberate gross deceptions of permitting Father's 437 uncontested facts to be docketed only to then secretly erase 75 pages out of his submitted 77, i.e., "I note that this was the only interlocutory order issued during the last thirty days in which a motion of the petitioner was not allowed, and therefore the only order over which I have jurisdiction. (Rubin, J.)."

28) Nevertheless, the SJC can continue to claim that Father still has a remedy, i.e., "We granted the plaintiffs' application for direct appellate review," Lopez v. Commonwealth, *supra* at 698.

29) However, as is apparent from the Family Court's continued sabotaging of Father's efforts to have the now verified falsification of the dockets reviewed, see his attached "Motions For Permission To File The Attached Motion For 'Good Cause Shown' Regarding The OTS Transcripts Orders For The Properly/Timely Requested Simultaneous Appeals," without this Court's protection of the Title VI/VII provisions, he may never have any appeals docketed.

## SUMMARY OF RELEVANT UNCONTESTED FACTS

30) As substantiated in Father's attached "Affidavit On Continued Petitions To Correct And Prevent Errors Submitted To The Mass. Supreme Judicial Court" -- specifically the included "Affidavit On The Now Proven Claim That An Agenda-Driven Family Court Effectively Ordered The Multi-Million Dollar Perjuries On The Two Mothers" and Father's "Request For [The] Defendants' Admissions" -- the following **uncontested facts** are now highlighted:

31) Family Court deliberately discriminated against Father when assigning him the physical custody of his children without also awarding him proper child support from the mother.

32) Family Court deliberately discriminated against Father when it stole the children from him four years later -- only because he was an immigrant from Romania with a valid passport.

33) Family Court retaliated against the complaining Father when it unconditionally endorsed the two mothers' malicious and baseless mere projections -- that effectively attempted to recast the recorded history into "a victimized American mother bullied by a millionaire 'Romanian' immigrant suddenly 'fleeing the country' in fear" -- only to conceal the encouraged multi-million dollar perjuries & attorney-assisted subornations of perjuries onto the two mothers.

34) Family Court also deliberately retaliated against the complaining Father on a professional, i.e., employment-related, level by fraudulently invalidating the initial 4 years (before May of

2011) and the subsequent 3 years (before the 6/30/2014 judgment) of Father's focus on being a dedicated and loving full-time father for his four dear children. Specifically, Family Court endorsed a manifestly malicious and overwhelmingly erroneous, but "activist," GAL report -- baselessly projecting onto Father "possible personality disorders" (for apparently being an immigrant) -- while forcefully rejecting the 3 Harvard Medical School psychiatry professors' comprehensive/long-term evaluations of Father, including their conclusion: "(1) He presents no danger to his children; (2) there is no indication of impairment of his fitness to parent."

35) As the years of Father's full-time parenting cannot simply be erased, and the State has since fully alienated his 4 children from him, the forcefully induced -- through deliberate **absolute employability retaliations** based on race, color, sex, and national origin -- lack of continuity in Father's resume can only be explained, even before "screening" interviews, by voluntarily disclosing that "it's discrimination/retaliation by the State currently in the courts," prior to any "why?" questions for Father's now **2,600+** fully compliant job applications since 2019.

36) As forced indigency is intractable and the resulting controversy/induced judicial deadlock are significant, Father correctly identified the elements of the child-predatory and profiteering agenda-driven discrimination scheme, reflected by observations that "the act of any employer hiring Father -- without also preemptively covering his now half million dollars of in-arrears obligations for his four children --, would immediately deny his ability to perform duties as an employee, as his income needed for his own survival would all be effectively garnished."

37) Family Court deliberately continued to discriminate (and retaliate with intentionally frivolous complaints for contempt) against Father using baseless and malicious mere projections like "[He] now claims that he has no money, no income, no assets. Indeed, he repeatedly disposed

of assets during the litigation for less than their actual value, then claimed he was harmed. It is believed that he has hidden assets with his parents, who have returned to Romania."

38) However, Father has no money, property, assets, etc., anywhere, and Father's parents did not return to Romania. But motivation for the State joining the drive to retaliate against Father comes from his "Castrating young American boys?" email -- diligently reporting on 1/12/2018 about the substantiated deeply child-predatory transgressions -- the activist "feminist" Harvard GALs committed in Family Court -- to the Defendant Governor Maura Healey, the Mass. Attorney General at the time. Father summarized his prior complaints by reiterating:

"The GALs went on to lead the American Psychological Association and Pediatric Gender Program at Yale. My forced indigency [caused by the State's' Marxist agenda-driven discriminations and retaliations] started with my email: "Dr. Olezeski, Is your 'Pediatric Gender Program,' in fact, in plain English, **castrating young American boys**? It is well known that the Nazis, as part of the 'emerging eugenics movement,' started with castrating the hated 'inferior' minorities (for clarity, I grew up as a deeply hated minority in a ruthless dictatorship). They moved on to gassing them in masses only after the population and the 'scientific community' did not complain or 'resist' them in any way."

39) Father also complained that out-of-state companies, i.e., The Counseling Center Of New England ("CCNE"), were used as the informed, and thus, "interstate-commerce"-applying, Civil RICO conspirators. Specifically, CCNE enabled the State to retaliate against Father -- and thus crushingly interfere with his civil rights -- by deliberately and forcefully alienating his children, despite that "extreme parental alienation should be considered emotional child abuse and referred criminally." Using CCNE's "out-of-state" services, deliberately referred to

by Atrius Health, the State deliberately induced the damaging, but agenda-driven, forced fatherlessness in children. CCNE's torture-children-on-demand services allowed the State to turn the four children's Marxist-inspired "brainwashing" against their father untraceable in the State's courts, while also combining it with out-of-state forced medicating of children.

40) Consequently, Father has summarized to the SJC the following abuses of judicial discretions -- that underlie the 2/13 and 6/30/2014 judgments --, as Family Court forcefully overruled: 1) even the GAL's admission of errors, 2) the 3 Harvard therapists' joint conclusion that Father "presented no danger to his children," 3) the attorneys' substantiated collusion to defraud the court itself, 4) the verifiable record of Father's and his family's political asylum in 1986, and 5) that the three Harvard Medical School medical doctor/professor therapists professionally wanted nothing to do with the Family Court's deeply child-predatory blatant profiteering.

41) To effectively preempt Father from testifying in person about starting to receive government assistance on 3/14/2025, Family Court cancelled the hearings scheduled for 4/28/2025, only to inundate the dockets with Father's ~120 prior submissions. The manifested objective has always been to sabotage his diligently substantiated 12 "Motions For Relief From Judgments Pursuant To Rule 60 Fraud On The Court." Referring to Judge Allen's immediate denials -- specifically confirming on 5/8/2025 that "... the Court reviewed the motion and supporting documents and finds no facts or argument that merit disturbance of the judgment" -- Father petitioned the Appeals Court for immediate relief from the Family Court's obstruction of justice actions to conceal the **deliberately and verifiably falsified Family Court dockets**.

42) These were the first instances that manifestly and verifiably demonstrate how Family Court deliberately falsifies the three dockets, as Judge Allen's denials confirm the resulting "lack of

- 23 -

facts" on 5/8/2025. Specifically, Father's SJC Record finally has immediately verifiable plain evidence that a) Father's pleadings are simply discarded by case managers, and b) Father's comprehensive 437 uncontested facts are verifiably erased, repeatedly on 3x4=12 occasions.

43) In fact, Family Court deceivingly "allows" the requests for permission to file the full 77-page-long documents, only to docket a mere 2 meaningless pages. With the 437 uncontested facts deliberately erased from the dockets, the Family Court is intentionally falsifying the dockets so that the six justices named in Father's motions for relief can claim "no facts."

44) Therefore, Family Court deliberately continued to discriminate and retaliate against Father -- now living on government aid -- due to its ultimate "collateral" motive, i.e., to avoid federal penalties at all costs and forcefully maintain the fraudulent *status quo* of the three dockets.

45) The Family Court's priority, therefore, can only be achieved if all, even uncontested, facts are erased in mass from the dockets and all prior effective injunctions -- the committed acts of deliberate and direct Reverse Discriminations against Father -- are continued, despite Father's drastically, materially, and significantly changed circumstances since the 1/30/2025 hearings.

46) Consequently, Father has argued in his SJC petitions that mail fraud, falsified dockets, and the resulting sabotaged appeals -- by discarding his timely notices of appeals, or denying his efforts to obtain the necessary hearing transcripts for his properly/timely requested appeals -- are acts not protected by absolute judicial immunities due to the State's complete absence of appeal jurisdiction. Recognizing that Reverse Discrimination is THE discrimination scheme (that Father has worked so hard to identify), and it is the basis of the deeply child-predatory "feminist" and profiteering "LGBTQ+" agenda behind the State's ambitions to continue to

fraudulently extort the "maximized" federal reimbursements, without this Court's protection of the Title VI/VII provisions, Father may never succeed in having his appeals docketed.

## CLAIMS FOR RELIEF

47) As the proclaimed "feminist" and "LGBTQ+" progressive agenda is a facade to conceal the child-predatory and profiteering intent to deliberately discriminate -- and to confuse and damage our dear children with forced fatherlessness -- through Reverse Discriminations, Father has renewed his complaints for violations of his civil rights with the AGO. He summarized the unequivocally manifested objective of the Family Court by concluding:

"Despite my now confirmed homelessness and explicit reliance on government aid and assistance, [the Family Court is set] to continue to protect the undisturbed flow of the fraudulently "maximized" federal reimbursements on the half-million dollar usuriously accumulated in-arrears child supports and court-ordered child-care expenses -- while also effectively denying my impoverished children the benefits of my documented ~$10M that the [State] has deliberately injured and damaged me with over the last now 14 years."

| | | |
|---|---|---|
| Property taxes | | $25,125.00 |
| "Shared" house | | $380,603.00 |
| "Big" house | | $1,556,865.00 |
| GALs' expenses | | $55,214.00 |
| "Therapy" expenses | | $157,288.00 |
| "Supervision" expenses | | $56,944.00 |
| Missed income (14 years) | $350K / year | $4,900,000.00 |
| Missed appreciation (33%) | ($1.5M + $234K) * 33% | $572,000.00 |
| Forced investments | Metrology instruments | $150,000.00 |

| Double taxation | | $65,000.00 |
|---|---|---|
| "Legal" expenses | $1,265,112 + $836,000 *pro se* | $2,101,112.00 |
| "Survival" expenses | 85 months x $2,836 | $241,060.00 |
| **Total damages/losses** | | **$10,261,211.00** |

48) Consequently, as the Supreme Court has now invalidated the background circumstances rule and claims of Reverse Discriminations can become a reality, Father claims as follows:

## COUNT I - TITLE VI VIOLATIONS - DISCRIMINATIONS AND RETALIATIONS

49) The allegations of prior paragraphs (including Father's attached affidavits) are incorporated herein by reference. Therefore, the State has deliberately violated the Title VI provisions by continuing to commit sustained and systemic discriminations and subsequent (i.e., upon his consistent complaints) retaliations against Father -- based on race, color, and national origin -- by specifically conspiring against and violating Father's due process and equal protection constitutional rights with repeated cycles of organized acts -- reflecting a 10+ years-long racketeering pattern -- including: mail/wire fraud (e.g., secret "gatekeeper" orders, fraud-based decisions), obstruction of justice (e.g., forcedly faulty filings, falsified court dockets, discarded evidence and pleadings, erased uncontested facts), and repeated direct retaliations (e.g., ambiguous/inconsistent rulings, cancelled hearings, continuously sabotaged appeals).

## COUNT II - TITLE VII VIOLATIONS - ABSOLUTE EMPLOYMENT RETALIATIONS

50) The allegations of prior paragraphs (including Father's attached affidavits) are incorporated herein by reference. Therefore, the State has deliberately violated the Title VII anti-retaliation provisions by continuing to commit sustained/systemic retaliations against Father -- upon his

consistently filed complaints for discriminations based on race, color, sex, and national origin -- by specifically conspiring against and violating Father's due process and equal protection constitutional rights with repeated cycles of organized acts -- reflecting a 10+ years-long racketeering pattern -- including: **deliberately caused adverse employment actions (e.g., invalidating years in Father's professional resume without allowing a chance to correct the attorney-assisted multi-million dollar fraud, ordering an endless stream of frivolous complaints for contempt)**, mail/wire fraud (e.g., secret "gatekeeper" orders, fraud-based decisions), obstruction of justice (e.g., forcedly faulty filings, falsified court dockets, discarded evidence and pleadings, erased uncontested facts), and repeated direct retaliations (e.g., ambiguous/inconsistent rulings, cancelled hearings, continuously sabotaged appeals).

## COUNT III - VIOLATIONS OF 42 U.S.C. §§ 1981, 1983, AND 1985

51) The allegations of prior paragraphs (including Father's attached affidavits) are incorporated herein by reference. Therefore, the State has deliberately continued to violate the 42 U.S.C. §§ 1981, 1983, and 1985 provisions by specifically conspiring against and systemically depriving Father of his due process and equal protection constitutional rights with repeated cycles of organized acts -- reflecting a 10+ years-long racketeering pattern -- including: mail/wire fraud (e.g., secret "gatekeeper" orders, fraud-based decisions), obstruction of justice (e.g., forcedly faulty filings, falsified court dockets, discarded evidence and pleadings, erased uncontested facts), and repeated direct retaliations (e.g., ambiguous/inconsistent rulings, cancelled court hearings, continuously sabotaged appeals and efforts to obtains transcripts).

## PRAYER FOR RELIEF

WHEREFORE, Father respectfully requests that this Court:

1) Enter judgment in Father's favor on the above Counts I through III of this complaint;

2) Award all statutory (or applicable) declaratory and injunctive relief to Father;

3) Award all compensatory and applicable punitive damages to Father;

4) Award such other relief as this Court deems just and fair.

## DEMAND FOR JURY TRIAL

Father demands trial by jury on all claims so triable.

## CERTIFICATION AND CLOSING

Under Fed. R. Civ. P. § 11, I certify to the best of my knowledge, information, and belief that this complaint (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Signed under the pains and penalties of perjury.



June 23, 2025,

Respectfully submitted,
/s/ Imre Kifor
Imre Kifor, Pro Se
32 Hickory Cliff Rd.
(mailbox only, house torn down)
Newton, MA 02464
ikifor@gmail.com
(857) 340-8699
(by the federal Lifeline program)
I have no valid driver's license
I now sleep in a homeless shelter
https://www.youtube.com/@ImreKifor

## ADDENDUM TABLE OF CONTENTS

6/3/2025 "Updates to my SCOTUS 24-7282 and SJC SJ-2025-M006 petitions" email    31

5/23/2025 USCA1 24-1075 - Notice of docketing petition 24-7282 .        .    37

12/2/2024 USCA1 24-1075 - Petition For Rehearing En Banc    .    .    44

List Of Massachusetts Appellate Courts Dockets    .    .    .    63

11/10/2024 to 7/7/2025 (TBD) Open letters/affidavits    .    .    .    .    70

1/14/2025 AGO - (Proposed) Complaint Pursuant To G.L.C. 271A "Enterprise Crime"    84

4/29/2025 AGO - Renewed Complaint For Discrimination And Civil Rights Violations

In A Public Place With A Sustained And Systemic Racketeering Pattern    .    123

5/6/2025 MCAD - Letter/response    .    .    .    .    .    .    .    128

6/4/2025 Family Court - Motion For "Good Cause Shown" Regarding The OTS

Transcripts Orders For The Properly And Timely Requested Simultaneous

Parallel Appeals By A Panel Of Appellate Judges    .    .    .    135

6/8/2025 "Re: Updates to my SCOTUS 24-7282 and SJC SJ-2025-M006 petitions"    164

USCA1 24-1075 - Motion For Injunction Against The Manifestly Vindictive

Commonwealth Defendants And For Declaration That President Biden's

Marxist-Inspired "Equity For All" Blatant Deception Is Unconstitutional .    166

6/12/2025 Family Court - Refiled Motion For "Good Cause Shown"...    .    .    171

DOJ: (Truncated) Title VI Legal Manual    .    .    .    .    .    .    181

 Gmail                                                   Imre Kifor <ikifor@gmail.com>

## Updates to my SCOTUS 24-7282 and SJC SJ-2025-M006 petitions

**Imre Kifor** <ikifor@gmail.com>                                  Tue, Jun 3, 2025 at 10:59 AM
To: "Dirks, Katherine (AGO)" <katherine.dirks@mass.gov>, "Hendel, Caroline" <caroline.hendel@yale.edu>,
wchused@preti.com, dsonneborn@preti.com, John Puleo <jpuleo@hmdrslaw.com>, Michael Xavier
<mxavier@princelobel.com>, Cyndi Oulton <cynoulton@gmail.com>
Bcc: quintessre@gmail.com, ofkifor@gmail.com

Dear All,

Please see the attached Notice and Waiver regarding my SCOTUS petition docketed on 5/23/2025.

I am also attaching all the other recent documents to support my upcoming SJ-2025-M006 status affidavit titled
**"Imre Kifor's Status Affidavit On The Now Proven Claim That An Agenda-Driven Family Court Effectively
Ordered The Multi-Million Dollar Perjuries On The Two Mothers"** and to be submitted to the SJC on 6/9/2025
when the required 30 days after serving my now reiterated request for admissions expires.

I note that should any questions arise regarding the multi-million dollar perjuries deliberately forced onto the two
mothers, I will immediately request new subpoenas of all the Fidelity (and other) accounts of the parties.

I am hereby also submitting these documents to my open complaint for civil rights filed with the AGO on
4/29/2025 as "In summary, **filing anything with the Family Court at this point is futile for me since the court
manifestly falsifies all of my submissions while pretending to accept them** — only to satisfy the 'collateral
orders' of safeguarding the flow of agenda-driven 'maximized' federal reimbursements AT ALL COSTS (even at
the cost of deliberately committing sustained and systemic Title VI civil rights violations against a legal
immigrant)."

I need to note that clear double-standards are manifested in the Commonwealth regarding immigrants **(and the
flow of staggering federal moneys they conveniently conceal)**.

Governor Healey wants answers immediately, "I'm demanding that ICE provide immediate information about why
he was arrested, where he is and how his due process is being protected," while also simultaneously fully content
with allowing the years-long cheating, lying, falsifying, and the now proven deceiving by the state in the predatory
and profiteering agenda-driven Family Courts.

Thank you,
Imre Kifor, Pro Se

> Massachusetts Governor demands
> answers after ICE arrests Milford High
> School student
> foxnews.com

**8 attachments**



**gettyimages-2217551879.jpg**
170K

**25-05-23.pdf**
131K

**25-05-27.pdf**
123K

**25-05-29.pdf**
134K

**25-05-30.pdf**
68K

**25-05-31.pdf**
194K

**25-06-09.pdf**
69K

**25-06-16.pdf**
325K

**ADDENDUM - 000032**

OFFICE OF THE CLERK
**SUPREME COURT OF THE UNITED STATES**
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



quadient
FIRST-CLASS MAIL
IMI
**$000.69** º
05/27/2025 ZIP 20543
043M31266310

US POSTAGE

May 23, 2025

Mr. Imre Kifor
32 Hickory Cliff Rd.
Newton, MA 02464

ADDENDUM - 000033

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 23, 2025

Mr. Imre Kifor
32 Hickory Cliff Rd.
Newton, MA  02464

> Re:  Imre Kifor
>      v. Massachusetts, et al.
>      No. 24-7282

Dear Mr. Kifor:

The petition for a writ of certiorari in the above entitled case was filed on March 3, 2025 and placed on the docket May 23, 2025 as No. 24-7282.

A form is enclosed for notifying opposing counsel that the case was docketed.

Sincerely,

**Scott S. Harris**, Clerk

by

Katie Heidrick
Case Analyst

Enclosures

**ADDENDUM - 000034**

# Supreme Court of the United States

Imre Kifor
            (Petitioner)

                        v.                                    No. 24-7282

Massachusetts, et al.
            (Respondent)


To _____ Counsel for Respondent:


            **NOTICE IS HEREBY GIVEN** pursuant to Rule 12.3 that a petition for a writ of certiorari in the above-entitled case was filed in the Supreme Court of the United States on March 3, 2025, and placed on the docket May 23, 2025. Pursuant to Rule 15.3, the due date for a brief in opposition is Monday, June 23, 2025. If the due date is a Saturday, Sunday, or federal legal holiday, the brief is due on the next day that is not a Saturday, Sunday or federal legal holiday.

            Beginning November 13, 2017, parties represented by counsel must submit filings through the Supreme Court's electronic filing system. Paper remains the official form of filing, and electronic filing is in addition to the existing paper submission requirement. Attorneys must register for the system in advance, and the registration process may take several days. Further information about the system can be found at https://www.supremecourt.gov/filingandrules/electronicfiling.aspx.


            Unless the Solicitor General of the United States represents the respondent, a waiver form is enclosed and should be sent to the Clerk only in the event you do not intend to file a response to the petition.

            Only counsel of record will receive notification of the Court's action in this case. Counsel of record must be a member of the Bar of this Court.


                        Mr. Imre Kifor
                        32 Hickory Cliff Rd.
                        Newton, MA  02464


NOTE: This notice is for notification purposes only, and neither the original nor a copy should be filed in the Supreme Court.

# W A I V E R

## Supreme Court of the United States

### No. 24-7282

| | | |
|---|---|---|
| Imre Kifor | v. | Massachusetts, et al. |
| (Petitioner) | | (Respondents) |

**I DO NOT INTEND TO FILE A RESPONSE** to the petition for a writ of certiorari unless one is requested by the Court.

**Please check the appropriate box:**

☐  I am filing this waiver on behalf of all respondents.

☐  I only represent some respondents. I am filing this waiver on behalf of the following respondent(s):

_____

_____

**Please check the appropriate box:**

☐  I am a member of the Bar of the Supreme Court of the United States. (Filing Instructions: File a signed Waiver in the Supreme Court Electronic Filing System. The system will prompt you to enter your appearance first.)

☐  I am not presently a member of the Bar of this Court. Should a response be requested, the response will be filed by a Bar member. (Filing Instructions: Mail the original signed form to: Supreme Court, Attn: Clerk's Office, 1 First Street, NE, Washington, D.C. 20543).

Signature_____

Date: _____

(Type or print) Name _____
          ☐ Mr.      ☐ Ms.      ☐ Mrs.      ☐ Miss

Firm _____

Address _____

City & State _____ Zip_____

Phone _____ Email _____

A COPY OF THIS FORM MUST BE SENT TO PETITIONER'S COUNSEL OR TO PETITIONER IF *PRO SE*. PLEASE INDICATE BELOW THE NAME(S) OF THE RECIPIENT(S) OF A COPY OF THIS FORM. NO ADDITIONAL CERTIFICATE OF SERVICE OR COVER LETTER IS REQUIRED.

cc:

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 23, 2025

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

> Re:  Imre Kifor
> v. Massachusetts, et al.
> No. 24-7282
> (Your No. 24-1075)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 3, 2025 and placed on the docket May 23, 2025 as No. 24-7282.

Sincerely,

**Scott S. Harris**, Clerk

by

Katie Heidrick
Case Analyst

**24-7282**
No. _____

IN THE

## SUPREME COURT OF THE UNITED STATES

IMRE KIFOR,

*Petitioner,*

v.

THE COMMONWEALTH OF MASSACHUSETTS et al.,

*Respondents.*



ORIGINAL

FILED

MAR 0 3 2025

OFFICE OF THE CLERK
SUPREME COURT, U.S.

On Petition For A Writ Of Certiorari To

The United States Court Of Appeals For The First Circuit No. 24-1075

## IMRE KIFOR'S PETITION FOR WRIT OF CERTIORARI

March 1, 2025,
May 5, 2025,

Imre Kifor
32 Hickory Cliff Rd.
(mailbox only, house torn down)
Newton, MA 02464
ikifor@gmail.com
617-881-9046
(via federal Lifeline program)
I have no valid driver's license
I now sleep in a homeless shelter
https://www.youtube.com/@ImreKifor

## QUESTIONS PRESENTED

1) The Commonwealth of Massachusetts aims to "double protect"[1] some citizens at the expense of revoking all protections from others, including Constitutional rights. Does "double protecting" some waive Constitutional protections for all?

2) Do any immunities apply to an "LGBTQ+" Massachusetts when using federal "reimbursements" to subsidize forceful separation and agenda-driven extreme alienation[2] of innocent American children from their loving American parents?

---

[1] See "State Constitutional Law Declares Its Independence: Double Protecting Rights During a Time of Federal Constitutional Upheaval" by Scott L. Kafker, Associate Justice of the Massachusetts Supreme Judicial Court, as published at https://repository.uclawsf.edu/ hastings_constitutional_law_quaterly/vol49/iss2/4/.

[2] See https://www.ncsc.org/__data/assets/pdf_file/0014/42152/parental_alienation_Lewis.pdf.

- ii -

## LIST OF PARTIES

All parties **do not** appear in the caption of the case on the cover page.

The list of all parties to the proceedings in the court whose judgment is the subject

of this petition is as follows:

1) The Commonwealth of Massachusetts,

2) Governor Maura Healey (in official capacity),

3) Attorney General Andrea Campbell (in official capacity),

4) Commissioner Geoffrey Snyder (in official capacity, Department of Revenue, Child Support Enforcement Division),

5) Middlesex Division of the Probate and Family Court Department,

6) Yale School of Medicine (Yale University),

7) The Counseling Center of New England (now Lifestance Health, Inc.),

8) Atrius Health,

9) Barbara A. Duchesne, and

10) Cynthia S. Oulton.

- iii -

**ADDENDUM - 000040**

# INDEX TO APPENDICES

**APPENDIX A - U.S. Court Of Appeals, First Circuit ("USCA1"), No. 24-1075**

11/19/2024 Judgment    .    .    .    .    .    .    1

11/20/2024 Letter from the DOJ, Civil Rights Division  .  .    3

1/23/2025 Order  .  .  .  .  .  .  .  .    4

1/31/2025 Mandate  .  .  .  .  .  .  .    5

3/31/2025 Email from the U.S. Supreme Court  .  .  .    6

4/3/2025 Letter from the DOJ, Civil Rights Division  .  .    8

5/13/2025 TBD -- Dear President Trump: How Many Hundreds Of

Thousands Of Dollars Have Been Federally "Reimbursed"

To Massachusetts To Collect $0.71?  .    .    .    10


**APPENDIX B - Mass. Supreme Judicial Court ("SJC"), No. SJ-2024-M026**

12/2/2024 USCA1 24-1075 - Petition For Rehearing En Banc  .    1

Petition For Rehearing En Banc - Record Appendix (TOC)  .    17

List Of Massachusetts Appellate Courts Dockets  .  .    20

SJC SJ-2024-M026: Docket And Proofs Of Filings  .    27

USCA1 24-1075: Docket And Proofs Of Filings  .  .    74

Mapping Of Identical Submissions From SJC To USCA1    123

USCA1 24-1075: Other Significant Requests For Relief    125

DOJ: (Truncated) Title VI Legal Manual     .     .     .     202


**APPENDIX C - U.S. District Court ("USDC"), Complaint For Discrimination**

5/13/2025 USDC - TBD  Complaint For Relief And Damages  .     1

Complaint For Relief And Damages - Addendum   .     .     .     2

    Open letters/affidavits sent to top government officials   .     3

    1/14/2025 (Proposed) Complaint Pursuant To M.G.L.c. 271A

        "Enterprise Crime"        .     .     .     .     .     17

            Proofs of filed attachments     .     .     .     52

    9/26/2024 SJC SJ-2024-M026: Order       .     .     .     56

    2/10/2025 SJC Motion For Leave To File Petition To Correct

        And Prevent Ongoing Errors Caused By Agenda-Driven

        Organized Discriminations And Targeted Retaliations

        With A Racketeering Pattern     .     .     .     .     58

    SJC SJ-2025-M006: Docket And Proofs Of Filings     .     64

    Superior Court (2481CV00983) -- Rule 56 Hearing     .     84

    2/20/2025 SJC Status Affidavit On The Now Manifested

        Absence Of Adequate/Effective Alternative Remedies     85

    3/10/2025 SJC Affidavit On Paths For Remedies Exhausted     92

    3/21/2025 SJC Renewed Motion To Waive Entry Fees   .     98

    4/2/2025 Superior Court (2481CV00983) -- Motion for

- x -

Temporary Injunctive Relief DENIED  .  .  104

4/16/2025 SJC Emergency Motion To Vacate Decisions .  105

4/28/2025 SJC Status Affidavit On Endlessly Renewed

    Complaints For Discriminations And Retaliations .  117

    (Reiterated) Record Appendix TOC  .  .  .  132

    Segregated Financials  .  .  .  .  .  140

4/29/2025 Mass. Attorney General's Office -- Renewed

Complaint For Discrimination And Civil Rights Violations In

    A Public Place With A Systemic Racketeering Pattern  151


**APPENDIX D - Relevant Quotes Of Referenced Cases And Statutes**

    Referenced Cases  .  .  .  .  .  .  .  1

    Referenced Statutes  .  .  .  .  .  .  .  19

ADDENDUM - 000043

No. 24-1075

---

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

---

IMRE KIFOR,

individually and on behalf of all others similarly situated,

*Plaintiff-Appellant*,

v.

THE COMMONWEALTH OF MASSACHUSETTS, GOVERNOR MAURA
HEALEY (official capacity), ATTORNEY GENERAL ANDREA CAMPBELL
(official capacity), COMMISSIONER GEOFFREY SNYDER (official capacity,
Department of Revenue, Child Support Enforcement Division), MIDDLESEX
PROBATE & FAMILY COURT, THE COUNSELING CENTER OF NEW
ENGLAND (now LIFESTANCE HEALTH, INC.), ATRIUS HEALTH,
BARBARA A. DUCHESNE, and CYNTHIA S. OULTON,

*Defendants-Appellees.*

---

On Appeal from the Judgment of the United States District Court
for the District of Massachusetts, No. 1:23-cv-12692

---

PLAINTIFF-APPELLANT'S PETITION FOR REHEARING EN BANC

---

Imre Kifor, Pro Se
32 Hickory Cliff Rd.
Newton, MA 02464
ikifor@gmail.com
I have no phone
I have no valid driver's license
I have to move to a homeless shelter
https://femfas.net

- 1 -

**APPENDIX B - 000001**
**ADDENDUM - 000044**

## PLAINTIFF-APPELLANT'S PETITION FOR REHEARING EN BANC

Pursuant to Local Rule 35, the Plaintiff-Appellant, Imre Kifor ("Father"), petitions this Court for a rehearing en banc of the attached judgment, i.e., "After a careful review of the arguments raised by [Father] in his opening brief, we can discern no compelling argument for any reversible error or abuse of discretion." Pursuant to Local Rule 40, this petition is proper as it is respectfully submitted within 14 days of the above judgment's date of 11/19/2024. Therefore, Father states as follows:

1) Pursuant to Local Rule 35 (b)(1), Father's proceeding involves several questions of exceptional importance as it raises issues on which the decisions of this Court conflict with the authoritative decisions of other U.S. Courts of Appeals that have addressed the issue. These questions are concisely stated and substantiated below.

2) The Massachusetts Supreme Judicial Court ("SJC") ordered Father to "create a record" to substantiate his claims of sustained and systemic disparate treatments, Rule 60 fraud on the court, agenda-driven institutionalized child abuse, etc.

3) Since 8/5/2024, Father has diligently assembled a properly served and never contested 5,846-page "SJC Record" as docket SJ-2024-M026, RA-12[1].

4) Father has consistently informed this Court about the SJC Record as his timely status affidavits identically encapsulated all of his submissions to the SJC, RA-59.

---

[1] Relevant evidence is referenced by either the "#n-p" notation (with the docket entry number 'n' and page 'p') or the "RA-p" (with page 'p' in the Rehearing Appendix). Moreover, the "@p" notation references the document's unmarked, i.e., the physical PDF file's implicit page number.

5) As Father's submissions to this Court have reached 12,803 pages, RA-64, it is necessary to reference his attached summary, i.e., Father's "Statement Of Facts," RA-213, and "Memorandum Of Law In Support Of His Motion For Partial Summary Judgment," RA-234, submitted to the Middlesex Superior Court.

### The Concise And Limited Scope Of The Requested Rehearing En Banc

6) The 11/19/2024 judgment provides the context of the requested rehearing, i.e.,

"[Father] has filed his opening brief, and briefing is complete. [He] also has made numerous other filings. Our review of the dismissal of the complaint is de novo. We review the denial of [his] post-judgment Rule 59(e) motion for abuse of discretion. In light of his pro se status, we read [his] arguments and filings liberally. After a careful review of the arguments raised by [him] in his brief, we can discern no compelling argument for reversible error or abuse of discretion."

7) Within the above context, Father refers to the following herein reiterated points of his post-judgment Rule 59(e) motion as the scope of his requested rehearing:

a) [District Court's] Judgment misrepresents with "sovereign immunity deprives the court of subject matter jurisdiction over a claim,"

b) [District Court's] Judgment misrepresents with "to the extent [Father] seeks injunctive relief against state officials for an alleged ongoing violation of a federal law, [Father] has not stated a viable claim for relief under the narrow exception to sovereign immunity,"

- 3 -

c) [District Court's] Judgment misrepresents with "[Father] contends that... the defendants have forced him into indigency through child support orders, and the defendants are engaged in multiple racketeering schemes,"

d) [District Court's] Judgment misrepresents with "the attempt by [Father] to bring the same claims that have already been asserted in his earlier actions are barred by res judicata,"

e) [District Court's] Judgment misrepresents with "because it is 'crystal clear' that allowing [Father] to amend the complaint in this action could not cure the pleading deficiencies, the Court will dismiss the action," and

f) **[District Court's] Judgment retaliates** with "... the dismissal of his earlier actions has not deterred [Father] from again filing suit. [Father's] conduct rises above the level of litigiousness and qualifies as vexatious. His repeated filing of lawsuits concerning his family court matters is an abuse of the process."

8) Within the above scope, the legal immigrant Father reiterates that he has filed with the courts his meticulously collected facts and diligently preserved evidence to substantiate his claims that he had been discriminated against for "having a valid passport" and for the malicious fabrication of "having 'hidden' Romanian assets":

- "[Father] now claims that he has no money, no income, no assets. Indeed, he repeatedly disposed of assets during the litigation for less than their actual

- 4 -

value, then claimed he was harmed. It is believed that he has hidden assets with his parents, who have returned to Romania," docketed on 7/26/2018,

- "After hearing, it is adjudged that [Father] is GUILTY of Contempt of this [Family] Court, for having willfully A. Neglected and refused to pay child support, uninsured medical expenses, child care costs, etc." on 12/6/2021.

9) Moreover, once Father started complaining about discriminations based on his national origin, he became the target of relentless, directed retaliations. Father is a strict non-LGBTQ+ (mere "leftover") non-custodial white male, and, therefore, he is excluded from all available "protected classes" in all anti-discrimination statutes.

10) Consequently, Father is the ultimate target to discriminate against as he could be "silenced & enslaved" into a thus intractable forced indigency condition without having any legal protections or remedies from the relentlessly targeted retaliations.

11) Therefore, the Stalinist-inspired "he is guilty until proven innocent" principle was applied to Father's matters. As a stereotypically "always guilty" target, his due process and equal protection rights have been systemically violated by deliberately discarding his pleadings, evidence, and notices of appeal, neglecting to notify him of decisions, restricting his access to the dockets, and falsifying docket entries, etc.

12) Specifically, since 10/21/2019, when the law-abiding indigent legal immigrant Father (with no connections to Romania whatsoever) was unjustly ordered to jail, the District Court repeatedly and unconditionally (for all of the "[this] is the sixth

- 5 -

case [Father] filed in this [U.S. District] Court") adopted the thus child-predatory "feminist" & profiteering "LGBTQ+" agenda-driven mere unfounded projections.

13) To enforce the "he is guilty until proven innocent" principle (that all Marxist-inspired tyrannies are inherently rooted in), the District Court denied Father's Rule 59(e) motion on 1/5/2024 by first intimidating him with threats, i.e., "[Father] was warned that should he continue to file any future complaints in this [District] Court concerning the proceedings in state court, he may become subject to filing restrictions and sanctions," and then effectively rendering the desperate Father's any future attempts to, therefore, "prove his innocence" manifestly impossible.

14) While the District Court found (and practically reaffirmed on 1/5/2024) that "because it is 'crystal clear' that allowing [Father] to amend the complaint in this action could not cure the pleading deficiencies, the Court will dismiss the action," the Defendant-Appellant Middlesex Probate And Family Court ("Family Court") effectively ended the previously projected "guilty until proven innocent" practice:

> "JUDGMENT ON CONTEMPT - ... **The [Family] Court finds [Father] does not have a present ability to pay, and therefore finds [him] NOT GUILTY of contempt... DATED: February 26, 2024, as of January 21, 2022."**

15) Had the District Court waited a mere month or so, a timely amended complaint would have cured Father's pleading deficiencies with the thus substantiated years-long anti-immigrant discriminations against the now forcedly indigent Father, i.e.,

- 6 -

- "[Title VI, which] prohibits discrimination based on race, color, or national origin in programs and activities receiving federal financial assistance" and

- "Title VII also makes it unlawful to use policies or practices that seem neutral but have the effect of discriminating against people because of their race, color, religion, sex (including pregnancy, childbirth, and related conditions, sexual orientation, and gender identity), or national origin."

**The DOJ's Current Guidance Documents And Directives Relating To Title VI**

16) Pursuant to the "Title VI Legal Manual" published by the Civil Rights Division at the U.S. Department Of Justice (please see a truncated copy of the full document at https://www.justice.gov/crt/book/file/1364106/dl?inline in the appendix), the following excerpts **directly contradict** the District Court's above-listed findings:

a) Private parties seeking judicial enforcement of Title VI's nondiscrimination protections must prove intentional discrimination... Generally, intentional discrimination occurs when the recipient acted, at least in part, because of the actual or perceived race, color, or national origin of the alleged victims of discriminatory treatment. While discriminatory intent need not be the only motive, a violation occurs when the evidence shows that the entity adopted a policy at issue "'because of,' not merely 'in spite of,' its adverse effects upon an identifiable group... the record need not contain evidence of "bad faith, ill will or any evil motive on the part of the [recipient]."

- 7 -

b) Express classifications are the clearest form of direct evidence of discriminatory intent. If a recipient explicitly conditions the receipt of benefits or services on the race, color, or national origin of the beneficiary, or directs adverse action to be taken based on race, color, or national origin, such a policy or practice constitutes an express classification.

c) It is well-settled that Title VI supports retaliation claims... When a person reasonably believes that he or she has been the victim of discrimination that Title VI or other federal law prohibits, that person should be able to report the alleged discrimination without fear of retaliation or fear that doing so will further jeopardize accessing benefits or services... The Supreme Court has defined retaliation as an intentional act in response to a protected action... [The Supreme Court] underscored the intentional nature of a retaliation complaint: "Retaliation is, by definition, an intentional act. It is a form of 'discrimination' because the complainant is being subjected to differential treatment."

d) Retaliation is a deliberate action used to send a clear message that complaining is unwelcome and risky. It is employed to instill fear in others who might consider making a complaint in the future. Those with cause for complaining are frequently among the most vulnerable in an institution. Once they complain, they are labeled "troublemakers." Retaliation, and the fear of retaliation, becomes a potent weapon used to maintain the power structure within the institution...

- 8 -

e) A statute that prohibits intentional discrimination implicitly prohibits acts of retaliation for complaints about or opposition to discrimination... A retaliation complaint can be filed by the individual who was the target of the recipient's original allegedly discriminatory acts; a person whom the recipient has adversely treated for speaking out against the recipient's discriminatory acts directed toward members of a protected class; a person who participated in an investigation of alleged discrimination or in the complaint process itself.

f) Under Title VI, the evidence must show that (1) an individual engaged in protected activity of which the recipient was aware; (2) the recipient took a significantly adverse action against the individual; and (3) a causal connection exists between the individual's protected activity and the recipient's adverse action... For there to be "protected activity," the evidence must show that a person opposed a recipient's actions that the person reasonably and in good faith believed violated Title VI or participated in a matter that reasonably or in good faith alleged a violation... The evidence does not have to establish that the underlying act violated Title VI, only that the complainant reasonably and in good faith believed that the acts were discriminatory.

g) For a Title VI retaliation claim, an adverse action is an action that would deter a reasonable person from bringing/supporting a charge of discrimination.

h) Lastly, the evidence must show that the protected activity was the likely reason for the recipient's adverse action. The focus here is on determining

- 9 -

whether there is a causal connection between the complainant's protected activity and the recipient's alleged adverse action.

i) The Supreme Court has established "an implied private right of action" under Title VI, leaving it "beyond dispute that private individuals may sue" to address allegations of intentional discrimination... [The] Supreme Court explained that the private right of action under Title VI exists only under Section 601, for cases of intentional discrimination... The private right of action under Section 601 for intentional discrimination cannot be brought against individuals except in their official capacity... Generally, Title VI does not provide a cause of action for private plaintiffs to sue the federal government directly or to address an allegation that the government has failed to perform its Title VI responsibilities.

j) The most common form of relief sought and obtained through a Title VI private right of action is an injunction ordering a recipient to do or to stop doing something. Private individuals may sue to enforce § 601 of Title VI and obtain both injunctive relief and damages... the moving party must demonstrate: (1) that it has suffered an irreparable injury; (2) that remedies available at law, such as monetary damages, are inadequate to compensate for that injury; (3) that, considering the balance of hardships between the plaintiff and defendant, a remedy in equity is warranted; and (4) that the public interest would not be disserved by a permanent injunction.

- 10 -

**APPENDIX B - 000010**
**ADDENDUM - 000053**

k) The law is well-settled that private individuals may obtain monetary damages for claims of intentional discrimination under Section 601 of Title VI... There is no requirement that a plaintiff exhaust administrative remedies prior to bringing a private Title VI civil action.

l) The Eleventh Amendment reflects a broad principle of sovereign immunity. Since 1890, the Supreme Court consistently has held that this Amendment protects a state from being sued in federal court without the state's consent. However, **federal courts have jurisdiction over a state if the state has either waived its immunity or Congress has abrogated unequivocally a state's immunity pursuant to valid powers. Congress has unequivocally done so with respect to Title VI and related statutes** (emphasis added).

17) Father's overriding claim in his substantiated SJC Record is that "no remedy for discrimination is ever possible if the evidence is deliberately discarded by the perpetrators themselves." The District Court's continued *sua sponte* dismissals (or "discardings") of Father's complaints for sustained discrimination and systemic retaliation is effectively the same discrimination metastasized to federal courts.

18) Regarding such discrimination by the District Court, the DOJ's Civil Rights Division informed, "The appeal of substantive court decisions and rulings does not fall within the jurisdiction of the Federal Coordination and Compliance Section. Your concerns should be addressed through the appellate process," on 11/20/2024.

- 11 -

### Issue #1: Failure To Exercise Discretion Constitutes An Abuse Of Discretion

19) "It implies that even when a petitioner phrases all of his arguments in terms of 'abuse of discretion,' we can review an argument that necessarily implicates a claim of legal error, such as an allegation that the [District Court] failed to exercise discretion at all by completely ignoring an argument," Iglesias v. Mukasey, 540 F.3d 528, 530-31 (7th Cir. 2008).

20) "And while 'the existence of discretion implies a license to make mistakes,' since 'an exercise of official discretion is reversible by a court only when the official can be said to have abused his discretion, implying conduct not merely mistaken in retrospect but unreasonable,' *Brandt v. Board of Education, 480 F.3d 460, 468 (7th Cir. 2007)*, this presupposes that discretion was exercised. Failure to exercise discretion is not exercising discretion; it is making a legal mistake. See *Patel v. Holder, 563 F.3d 565, 568–69 (7th Cir. 2009); Adebowale v. Mukasey, 546 F.3d 893, 896 (7th Cir. 2008)*. Overlooking relevant evidence is not exercising discretion either; if you forget an appointment, you don't explain your forgetfulness by saying that you must have been exercising discretion. Getting the facts backward or simply overlooking a fact pressed on the [District Court] by the [Plaintiff] is an exercise not of discretion, but of laxity." Munoz-Pacheco v. Holder, 673 F.3d 741, 745 (7th Cir. 2012).

- 12 -

21) "[A] claim that the [District Court] has completely ignored the evidence put forth by a petitioner is an allegation of legal error. We assumed without deciding that 'ignoring a potentially dispositive issue is an error of law that would allow review.' *Kucana, 533 F.3d at 538; see also Kebe v. Gonzales, 473 F.3d 855, 857 (7th Cir. 2007)* ('[A]lthough the [District Court] does not have to write an exegesis on every contention, it must consider' the issues raised, and announce its decision in terms sufficient to enable a reviewing court to perceive that it has heard and thought and not merely reacted.'). We have since held that a 'failure to exercise discretion or to consider factors acknowledged to be material to such an exercise' - such as the 'wholesale failure to consider evidence' - would be an error of law for purposes of reviewing a motion to reopen. See *Huang, 534 F.3d 618*. And we fail to see how the [District Court] can make a reasoned decision denying a motion to reopen if it completely ignores the evidence that a petitioner presents," Iglesias v. Mukasey, 540 F.3d 528, 531 (7th Cir. 2008).

22) "Because '[a] district court's failure to exercise discretion constitutes an abuse of discretion," *Caudle v. Bristow Optical Co., 224 F.3d 1014, 1027 (9th Cir. 2000)* (citation and quotation marks omitted), we should at least remand, requiring the district court to exercise its discretion one way or the other," Krainski v. Nevada ex Rel. Bd. of Regents, 616 F.3d 963, 973 (9th Cir. 2010).

23) In summary, Father argues that the District Court has flatly ignored Father's substantiated claims for Title VI/VII violations by the predatory agenda-driven

- 13 -

state. These repeated acts amount to continued anti-immigrant discrimination and retaliation by the District Court itself and are only reviewable by this Court.

## Issue #2: Deliberately Subverted Equitable Doctrine Of Judicial Estoppel

24) "Under Seventh Circuit law... the doctrine of judicial estoppel is an equitable concept that prevents a party who prevails on one ground in a lawsuit from then repudiating that ground in order to prevail in another lawsuit," Lampi Corp. v. American Power Products, 228 F.3d 1365, 1377 (Fed. Cir. 2000).

25) "'[W]here a party assumes a certain position in a legal proceeding and succeeds in maintaining that position, he may not thereafter, simply because his interests have changed, assume a contrary position, especially if it be to the prejudice of the party who has acquiesced in the position formerly taken by him.' *Davis v. Wakelee.* This rule, known as judicial estoppel, 'generally prevents a party from prevailing in one phase of a case on an argument and then relying on a contradictory argument to prevail in another phase.' *Pegram v. Herdrich*," New Hampshire v. Maine, 532 U.S. 742, 749 (2001).

26) "Courts have observed that '[t]he circumstances under which judicial estoppel may appropriately be invoked are probably not reducible to any general formulation of principle,' *Allen.* Nevertheless, several factors typically inform the decision whether to apply the doctrine in a particular case: First, a party's later position must be 'clearly inconsistent' with its earlier position, *United States v.*

- 14 -

*Hook*. Second, courts regularly inquire whether the party has succeeded in persuading a court to accept that party's earlier position, so that judicial acceptance of an inconsistent position in a later proceeding would create 'the perception that either the first or the second court was misled,' *Edwards*. Absent success in a prior proceeding, a party's later inconsistent position introduces no 'risk of inconsistent court determinations,' *United States v. C. I. T. Constr. Inc.*, and thus poses little threat to judicial integrity. A third consideration is whether the party seeking to assert an inconsistent position would derive an unfair advantage or impose an unfair detriment on the opposing party if not estopped, *Scarano*, (judicial estoppel forbids the use of 'intentional self-contradiction . . . as a means of obtaining unfair advantage')," New Hampshire v. Maine, *supra at* 750-51.

27) "The doctrine also applies to administrative proceedings in which a party obtains a favorable order by making an argument that it seeks to repudiate in a subsequent judicial proceeding... The estoppel applies where intentional self-contradiction is being used as a means of obtaining an unfair advantage... the doctrine should not be applied when the former position was the result of inadvertence or mistake or when there is only an appearance of inconsistency between the two positions," Lampi Corp. v. American Power Products, *supra*.

28) In summary, the District Court openly adopted the state's Stalinist-inspired "guilty until proven innocent" principle (specifically, a practice where "intentional

- 15 -

**APPENDIX B - 000015**
**ADDENDUM - 000058**

self-contradiction is being used as a means of obtaining an unfair advantage") and

the repeated *sua sponte* dismissals are deliberate attempts to continue to subvert

the equitable doctrine of judicial estoppel and induce ambiguity and inconsistency.

WHEREFORE, Father respectfully requests this Court to grant Father's petition

for rehearing to prevent the abuse of discretion by the District Court (amounting to

deliberate anti-immigrant discrimination and subsequent retaliations) from further

metastasizing to other courts with the manifest objective to subvert the doctrine of

judicial estoppel and to then cause Marxist-inspired ambiguity and inconsistency.


Signed under the pains and penalties of perjury.

December 2, 2024,                          Respectfully submitted,
                                           /s/ Imre Kifor
                                           Imre Kifor, Pro Se
                                           32 Hickory Cliff Rd.
                                           Newton, MA 02464
                                           ikifor@gmail.com
                                           I have no phone
                                           I have no valid driver's license
                                           I have to move to a homeless shelter
                                           https://femfas.net


- 16 -


**APPENDIX B - 000016**
**ADDENDUM - 000059**

## No. 24-1075

---

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

---

IMRE KIFOR,

individually and on behalf of all others similarly situated,

*Plaintiff-Appellant,*

v.

THE COMMONWEALTH OF MASSACHUSETTS, GOVERNOR MAURA
HEALEY (official capacity), ATTORNEY GENERAL ANDREA CAMPBELL
(official capacity), COMMISSIONER GEOFFREY SNYDER (official capacity,
Department of Revenue, Child Support Enforcement Division), MIDDLESEX
PROBATE & FAMILY COURT, THE COUNSELING CENTER OF NEW
ENGLAND (now LIFESTANCE HEALTH, INC.), ATRIUS HEALTH,
BARBARA A. DUCHESNE, and CYNTHIA S. OULTON,

*Defendants-Appellees.*

---

On Appeal from the Judgment of the United States District Court
for the District of Massachusetts, No. 1:23-cv-12692

---

PLAINTIFF-APPELLANT'S PETITION FOR REHEARING EN BANC

RECORD APPENDIX

---

Imre Kifor, Pro Se
32 Hickory Cliff Rd.
Newton, MA 02464
ikifor@gmail.com
I have no phone
I have no valid driver's license
I have to move to a homeless shelter
https://femfas.net

- 1 -

**APPENDIX B - 000017**
**ADDENDUM - 000060**

## TABLE OF CONTENTS

List Of Massachusetts Appellate Courts Dockets    .    .    .    .    6

SJC SJ-2024-M026 Docket And Proofs Of Filings .    .    .    .    12

USCA01 24-1075 Docket And Proofs Of Filings    .    .    .    .    59

USCA01 24-1075: Significant Requests For Relief And Denials    .    108

Mapping Of Identical Submissions From SJC To USCA01 24-1075    .    123

DOJ: (Truncated) Title VI Legal Manual    .    .    .    .    .    125

11/10/2024 Forced Fatherlessness Is The Manifested Objective Behind

    The Child-Predatory "Feminism" And Profiteering "LGBTQ+"

    Discrimination Schemes In Today's Agenda-Driven Massachusetts    147

12/2/2024 Middlesex Superior Court submissions    .    .    .    .    204

    Motions For Summary Judgment And To Amend    .    .    .    205

    **Statement Of Facts**    .    .    .    .    .    .    **213**

    **Memorandum Of Law In Support Of Motion For Partial**

        **Summary Judgment**    .    .    .    .    .    .    **234**

    Joint Record Appendix - Volume I    .    .    .    .    .    245

        Mapping Of Submissions From SJC To Superior Court

        MCAD Complaints For Discrimination Against The State

**APPENDIX B - 000018**
**ADDENDUM - 000061**

Family Court Complaint For Modification Against Child Abuse

Signed under the pains and penalties of perjury.

December 2, 2024,                          Respectfully submitted,
                                           /s/ Imre Kifor
                                           Imre Kifor, Pro Se
                                           32 Hickory Cliff Rd.
                                           Newton, MA 02464
                                           ikifor@gmail.com
                                           I have no phone
                                           I have no valid driver's license
                                           I have to move to a homeless shelter
                                           https://femfas.net

- 3 -

**APPENDIX B - 000019**
**ADDENDUM - 000062**

# List Of Massachusetts Appellate Courts Dockets

Page 1 of 2                              **Party Search Results**

**Kifor, Imre** - Pro Se Defendant/Appellant                                        2021-P-0902
Case status: Closed: Rescript issued
CYNTHIA S. OULTON vs. IMRE KIFOR

**Kifor, Imre** - Pro Se Defendant/Appellant                                        2021-P-0901
Case status: Closed: Rescript issued
BARBARA A. DUCHESNE vs. IMRE KIFOR

**Kifor, Imre** - Pro Se Plaintiff/Appellant                                        2021-P-0825
Case status: Closed: See other case
IMRE KIFOR vs. BARBARA A. DUCHESNE & another

**Kifor, Imre** - Pro Se Plaintiff/Appellant                                        2021-P-0503
Case status: Closed: appeal dismissed
IMRE KIFOR vs. BARBARA A. DUCHESNE & another

**Kifor, Imre** - Pro Se Defendant/Petitioner                                       2025-J-0360
Case status: Disposed: Case Closed
BARBARA A DUCHESNE vs. IMRE KIFOR

**Kifor, Imre** - Pro Se Defendant/Petitioner                                       2025-J-0343
Case status: Disposed: Case Closed
CYNTHIA S OULTON vs. IMRE KIFOR

**Kifor, Imre** - Pro Se Plaintiff/Petitioner                                       2025-J-0342
Case status: Disposed: Case Closed
Kifor, Barbara Anne vs. Kifor, Imre

**Kifor, Imre** - Pro Se Defendant/Petitioner                                       2025-J-0111
Case status: Disposed: Case Closed
CYNTHIA S. OULTON vs. IMRE KIFOR

**Kifor, Imre** - Pro Se Defendant/Petitioner                                       2025-J-0110
Case status: Disposed: Case Closed
BARBARA A. DUCHESNE vs. IMRE KIFOR

**Kifor, Imre** - Pro Se Defendant/Petitioner                                       2025-J-0039
Case status: Disposed: Case Closed
CYNTHIA S. OULTON vs. IMRE KIFOR

**Kifor, Imre** - Pro Se Defendant/Petitioner                                       2025-J-0038
Case status: Disposed: Case Closed
BARBARA A. DUCHESNE vs. IMRE KIFOR

**Kifor, Imre** - Pro Se Defendant/Petitioner                                       2024-J-0153

**ADDENDUM - 000064**

Case status: Disposed: Case Closed
CYNTHIA S OULTON vs. IMRE KIFOR

---

**Kifor, Imre** - Pro Se Defendant/Petitioner
Case status: Disposed: Case Closed
BARBARA A DUCHESNE vs. IMRE KIFOR

2024-J-0152

---

**Kifor, Imre** - Pro Se Defendant/Petitioner
Case status: Disposed: Case Closed
CYNTHIA S OULTON vs. IMRE KIFOR

2023-J-0680

---

**Kifor, Imre** - Pro Se Defendant/Petitioner
Case status: Disposed: Case Closed
BARBARA DUCHESNE vs. IMRE KIFOR

2023-J-0679

---

**Kifor, Imre** - Pro Se Defendant/Petitioner
Case status: Disposed: Case Closed
CYNTHIA S OULTON & another vs. IMRE KIFOR

2023-J-0501

---

**Kifor, Imre** - Pro Se Plaintiff/Petitioner
Case status: Disposed: Case Closed
IMRE KIFOR vs. BARBARA A DUCHESNE

2023-J-0500

---

**Kifor, Imre** - Pro Se Plaintiff/Petitioner
Case status: Disposed: Case Closed
IMRE KIFOR vs. CYNTHIA S OULTON

2023-J-0055

---

**Kifor, Imre** - Pro Se Plaintiff/Petitioner
Case status: Disposed: Case Closed
IMRE KIFOR vs. BARBARA A DUCHESNE

2023-J-0054

---

**Kifor, Imre** - Pro Se Defendant/Petitioner
Case status: Disposed: Case Closed
CYNTHIA OULTON vs. IMRE KIFOR

2022-J-0480

---

**Kifor, Imre** - Pro Se Defendant/Petitioner
Case status: Disposed: Case Closed
BARBARA DUCHESNE vs. IMRE KIFOR

2022-J-0479

---

**Kifor, Imre** - Pro Se Defendant/Petitioner
Case status: Disposed: Case Closed
CYNTHIA S. OULTON vs. IMRE KIFOR

2021-J-0080

---

**Kifor, Imre** - Pro Se Defendant/Petitioner
Case status: Disposed: Case Closed
BARBARA DUCHESNE vs. IMRE KIFOR

2021-J-0079

---

**Kifor, Imre** - Pro Se Defendant/Petitioner

2020-J-0280

ADDENDUM - 000065

Case status: Disposed: Case Closed
CYNTHIA S. OULTON vs. IMRE KIFOR

---

**Kifor, Imre** - Pro Se Defendant/Petitioner

2020-J-0279

Case status: Disposed: Case Closed
BARBARA A. DUCHESNE vs. IMRE KIFOR

---

First    Previous        2    Next    Last

**ADDENDUM - 000066**

Page 2 of 2                                          **Party Search Results**

**Kifor, Imre** - Pro Se Defendant/Petitioner                                    2020-J-0100
Case status: Disposed: Case Closed
BARBARA A. DUCHESNE vs. IMRE KIFOR

**Kifor, Imre** - Pro Se Defendant/Petitioner                                    2020-J-0007
Case status: Disposed: Case Closed
BARBARA DUCHESNE vs. IMRE KIFOR                    .

**Kifor, Imre** - Pro Se Defendant/Petitioner                                    2019-J-0527
Case status: Disposed: Case Closed
BARBARA DUCHESNE vs. IMRE KIFOR

**Kifor, Imre** - Pro Se Defendant/Appellant                                    FAR-28963
Case status: FAR denied
IMRE KIFOR vs. BARBARA A. DUCHESNE & another (and two companion cases)

**Kifor, Imre** - Pro Se Defendant/Appellant                                    FAR-28962
Case status: FAR denied
IMRE KIFOR vs. BARBARA A. DUCHESNE & another (and two companion cases)

**Kifor, Imre** - Pro Se Defendant/Appellant                                    DAR-28519
Case status: DAR denied
CYNTHIA S. OULTON vs. IMRE KIFOR

**Kifor, Imre** - Pro Se Defendant/Appellant                                    DAR-28518
Case status: DAR denied
BARBARA A. DUCHESNE vs. IMRE KIFOR

**Kifor, Imre** - Pro Se Plaintiff/Appellant                                    DAR-28508
Case status: DAR denied
IMRE KIFOR vs. BARBARA A. DUCHESNE & another

**Kifor, Imre** - Pro Se Petitioner/Appellant                                    SJC-13427
Case status: Decided, cert. denied
IMRE KIFOR vs. COMMONWEALTH & others (No. 2)

**Kifor, Imre** - Pro Se Petitioner/Appellant                                    SJC-13392
Case status: Decided, Rescript issued
IMRE KIFOR vs. COMMONWEALTH & others

**Kifor, Imre** - Pro Se Petitioner/Appellant                                    SJC-13339
Case status: Decided, cert. denied
IMRE KIFOR vs. COMMONWEALTH & others

**Kifor, Imre** - Pro Se Petitioner/Appellant                                    SJC-13310

Case status: Decided, Rescript issued
IMRE KIFOR vs. COMMONWEALTH & others

**Kifor, Imre** - Pro Se Petitioner/Appellant    SJC-13263
Case status: Decided, Rescript issued
IMRE KIFOR vs. COMMONWEALTH & others

**Kifor, Imre** - Pro Se Plaintiff/Petitioner    SJ-2025-M006
Case status: Active: Motion Pending
IMRE KIFOR v. THE COMMONWEALTH OF MASSACHUSETTS, GOVERNOR MAURA HEALEY (OFFICIAL CAPACITY), ATTORNEY
GENERAL ANDREA CAMPBELL (OFFICIAL CAPACITY), COMMISSIONER GEOFFREY SNYDER (OFFICIAL CAPACITY, DEPARTMENT
OF REVENUE, CHILD SUPPORT ENFORCEMENT), MIDDLESEX PROBATE AND FAMILY COURT, YALE SCHOOL OF MEDICINE, THE
COUNSELING CENTER OF NEW ENGLAND (NOW LIFESTANCE HEALTH), ARTUS HEALTH, BARBARA A. DUCHESNE, AND
CYNTHIA S. OULTON

**Kifor, Imre** - Pro Se Plaintiff/Petitioner    SJ-2024-M026
Case status: Closed: Filing(s) Not Authorized
IMRE KIFOR v. THE COMMONWEALTH OF MASSACHUSETTS, GOVERNOR MAURA HEALEY (OFFICIAL CAPACITY), ATTORNEY
GENERAL ANDREA CAMPBELL (OFFICIAL CAPACITY), COMMISSIONER GEOFFREY SNYDER (OFFICIAL CAPACITY, MA DOR CSE),
MIDDLESEX PROBATE AND FAMILY COURT, BARBARA A. DUCHESNE, AND CYNTHIA S. OULTON

**Kifor, Imre** - Pro Se Petitioner    SJ-2024-M010
Case status: decided: motion denied
IMRE KIFOR v. THE COMMONWEALTH OF MASSACHUSETTS, GOVERNOR MAURA HEALY (OFFICIAL CAPACITY), ATTORNEY
GENERAL ANDREA CAMPBELL (OFFICIAL CAPACITY), COMMISSIONER GEOFFREY SNYDER (OFFICIAL CAPACITY, MA DOR CDE),
MIDDLESEX PROBATE AND AMILY COURT, BARBARA A. DUCHESNE, CYNTHIA S. OULTON

**Kifor, Imre** - Pro Se Petitioner    SJ-2024-M008
Case status: decided: motion denied
IMRE KIFOR v. THE COMMONWEALTH OF MASSACHUSETTS, GOVERNOR MAURA HEALY (OFFICIAL CAPACITY), ATTORNEY
GENERAL ANDREA CAMPBELL (OFFICIAL CAPACITY), COMMISSIONER GEOFFREY SNYDER (OFFICIAL CAPACITY, MA DOR CDE),
MIDDLESEX PROBATE AND FAMILY COURT, BARBARA A. DUCHESNE, CYNTHIA S. OULTON

**Kifor, Imre** - Pro Se Petitioner    SJ-2023-M014
Case status: decided: motion denied
IMRE KIFOR v. THE COMMONWEALTH OF MASSACHUSETTS, GOVERNOR MAURA HEALY (OFFICIAL CAPACITY), ATTORNEY
GENERAL ANDREA CAMPBELL (OFFICIAL CAPACITY), COMMISSIONER GEOFFREY SYNDER (OFFICIAL CAPACITY, MA DOR CSE),
MIDDLESEX PROBATE AND FAMILY COURT, BARBARA A. DUCHESNE, AND CYNTHIA S. OULTON

**Kifor, Imre** - Pro Se Petitioner    SJ-2023-0122
Case status: Disposed: judgment after rescrpt
IMRE KIFOR v. THE COMMONWEALTH OF MASSACHUSETTS, GOVERNOR MAURA HEALEY (OFFICIAL CAPACITY), ATTORNEY
GENERAL ANDREA CAMPBELL (OFFICIAL CAPACITY), COMMISSIONER GEOFFREY SNYDER (OFFICIAL CAPACITY, MA DOR CSE),
MIDDLESEX PROBATE AND FAMILY COURT, BARBARA A. DUCHESNE, and CYNTHIA S. OULTON

**Kifor, Imre** - Pro Se Defendant/Petitioner    SJ-2023-0028
Case status: Disposed: judgment after rescrpt
IMRE KIFOR v. THE COMMONWEALTH OF MASSACHUSETTS, GOVERNOR MAURA HEALEY (OFFICIAL CAPACITY), ATTORNEY
GENERAL ANDREA CAMPBELL (OFFICIAL CAPACITY), COMMISSIONER GEOFFREY SNYDER (OFFICIAL CAPACITY, MA DOR CSE),
AND MIDDLESEX PROBATE AND FAMILY COURT.

**ADDENDUM - 000068**

**Kifor, Imre** - Pro Se Petitioner                                                                                    SJ-2022-0407
Case status: Decided: petition denied
IMRE KIFOR v. COMMONWEALTH OF MASSACHUSETTS, ATTORNEY GENERAL MAURA HEALEY (HER OFFICIAL CAPACITY),
COMMISSIONER GEOFFREY SNYDER (OFFICIAL CAPACITY, MA DOR CSE), and MIDDLESEX PROBATE AND FAMILY COURT

**Kifor, Imre** - Pro Se Plaintiff                                                                                     SJ-2022-0380
Case status: Decided: petition denied
IMRE KIFOR v. THE COMMONWEALTH OF MASSACHUSETTS, ATTORNEY GENERAL MAURA HEALEY (IN HER OFFICIAL CAPACITY),
MIDDLESEX PROBATE & FAMILY COURT, BARBARA A. DUCHESNE and CYNTHIA S. OULTON

**Kifor, Imre** - Pro Se Petitioner                                                                                    SJ-2022-0271
Case status: Disposed: judgment after rescrpt
IMRE KIFOR v. THE COMMONWEALTH OF MASSACHUSETTS, MIDDLESEX PROBATE & FAMILY COURT, BARBARA A. DUCHESNE
and CYNTHIA S. OULTON

**Kifor, Imre** - Pro Se Defendant/Petitioner                                                                          SJ-2022-0193
Case status: Disposed: judgment after rescrpt
IMRE KIFOR v. THE COMMONWEALTH OF MASSACHUSETTS, ATTORNEY GENERAL MAURA HEALEY (OFFICIAL CAPACITY), and
MIDDLESEX PROBATE AND FAMILY COURT

**Kifor, Imre** - Pro Se Defendant/Petitioner                                                                          SJ-2022-0041
Case status: Disposed: judgment after rescrpt
IMRE KIFOR v. COMMONWEALTH, MIDDLESEX PROBATE & FAMILY COURT

First    Previous    1    2    Next    Last

**ADDENDUM - 000069**

Imre Kifor
32 Hickory Cliff Rd.
Newton, MA 02464
ikifor@gmail.com
I have no phone
I have no valid driver's license
I have to move to a homeless shelter
https://femfas.net

November 10, 2024

| President-Elect Donald J. Trump | Vice President-Elect JD Vance | Elon Musk |
| --- | --- | --- |
| The White House | The White House | Tesla Headquarters |
| 1600 Pennsylvania Ave, NW | 1600 Pennsylvania Ave, NW | 1 Tesla Road |
| Washington, DC 20500 | Washington, DC 20500 | Austin, TX 78725 |

**Forced Fatherlessness Is The Manifested Objective Behind The Child-Predatory "Feminism" And Profiteering "LGBTQ+" Dual Discrimination Schemes In Today's Agenda-Driven Massachusetts**

Dear President-Elect Donald J. Trump, Vice President-Elect JD Vance, and Elon Musk,

Waking up Wednesday morning to peace and silence on the streets felt unbelievably liberating. Having been raised in a Marxist tyranny, I gained a visceral understanding of how the malicious State routinely fabricates intractable conflict, purposefully and only to justify its unbearable fear-mongering existence.

I am incredibly grateful to you for your focused and persistent efforts to engineer such an overwhelming and disciplined "victory of reason and common sense" for the future of America. And I congratulate you for leading the now clear majority of Americans to strongly reject a soon-to-be former President Biden's **sneering "garbage"** remark (and officially devaluing classification) for half of the country's population.

As a fiercely apolitical immigrant and a loving "simple" father, I have been writing to The White House regarding the 2/16/2023 Executive Order. I have been repeatedly claiming that "as the consequences of [President Biden's] Executive Order (effectively equivalent to mandating 'Jim Crow'-like segregation of Americans into 'double protected with equity' and 'unprotected with no equity at all' disjoint camps), the directly implied **'American Gulag of leftovers'** can be categorized only as a hateful Clintonian-base for 'forced deprogramming' of masses of Americans," similar to the Chinese Xinjiang internment camps.

I justified my claims (that the Presidential Order has a crucial and fundamental **logical fallacy**) in my three docketed *pro se* and indigent SCOTUS petitions by substantiating my repeated layman (but also pressing legal) question: "The 'Sec. 8. Affirmatively Advancing Civil Rights ... to prevent and address discrimination and advance equity for all' clause of the 2/16/2023 Presidential Executive Order results in Russell's Paradox, and it must be corrected as a logically unacceptable conclusion to a less deceitful 'equity for some.' Is the mandate to selectively 'advance equity' (for only some) Constitutional?"

**ADDENDUM - 000070**

Moreover, in my appellants' brief filed with the U.S. Court Of Appeals For The First Circuit, No. 24-1075, I summarized my arguments on 3/3/2024: "1) The Issue Of 'Equity For All': To resolve the flaw in deductive logic carelessly introduced by [President Biden] **naively enumerating** the purposely non-inclusive 'LGBTQ+' alphabet soup of 'specially protect from others' groups without mentioning the always inherently present 'leftovers,' i.e., Russell's Paradox, the deceitful 'equity for all' promise of the Executive Order must be corrected to a mere 'equity for a chosen some' in contradiction with the U.S. Constitution, 2) The Issue Of Sovereign Immunity: After growing up as a hated minority in a communist tyranny, [this "simple" non-LGBTQ+ father] sympathizes with all minorities. Therefore, the 'LGBTQ+' label used herein refers to [my] already elaborated claim that 'as the consequences of the Executive Order (effectively equivalent to mandating new 'Jim Crow'-like segregation of Americans... [see above]. 3) The Issue Of 'Dogmatic Interplay': In his petition, [this father] substantiated the controversy from the lower courts as a 'dogmatic interplay' to subvert justice based on individual merit and replace it with justice based on [the simplistic], efficient, and convenient but also entirely superficial 'group identity.'"

The root controversy of my lawsuits stems from my "first principles"-based observations, analysis, and meticulous documentation of the forced fatherlessness, i.e., the extreme parental alienation, that my four dear children experienced in the agenda-driven Massachusetts courts since 2011. I referred to the "win-win" divorce strategy by attorney Monroe Inker, a self-described "father of Massachusetts divorce law" from Harvard, as the **Marxist-inspired and deeply child-predatory "feminism" invented by men.**

The ruthless child-predatory strategy is as follows: provoke the distraught father out-of-court by openly torturing his dear children. Predictably, as any human, he will stereotypically respond by "attacking" the mother in court, i.e., openly "victimizing" her directly in front of the judge. Repeat this until he breaks down either by abandoning his children or by being ordered out of the life of his children by the court.

This blatant discrimination scheme based merely on sex was later refined by the first openly lesbian, i.e., the only credible "toxic masculinity combatant," Attorney General and now Governor Maura Healey, to a more precise (thus always "maximized" federal reimbursements producing) gender-based "LGBTQ+" discrimination "tool" in her proverbial "toolbox." The combined deeply child-predatory "feminist" and profiteering "LGBTQ+" dual discrimination schemes provide the ultimate vehicle for Massachusetts to impose the **Stalinist-inspired "predominantly white men are always guilty until proven innocent."**

However, as the American people seemingly took advantage of the liberating "last chance" elections to prevent the Marxist takeover of the country (and the implied deliberate subversion of our Constitution), the frightened citizens of Massachusetts could not follow their "sisters and brothers" in the other states to overwhelmingly reject the to-be-imposed Marxist (and punitive Stalinist) extremes. Still remembering the "forced march" to vote for Ceausescu in Romania, I did not dare to approach a Massachusetts voting booth due to our "one-party dominance" and the extreme "weaponized lawfare" I had been subjected to.

Specifically, as I have been living under an implied house arrest for years now (with literally everything stolen from me), I have no ability anymore to overcome the all too real threat voiced by Massachusetts just days ago, i.e., "Massachusetts Democratic Gov. Maura Healey... warning that **she will use 'every tool in the toolbox'** to 'protect' residents in the blue state" (see attached). As a legal immigrant, I have tried to use the same "tools in the toolbox" when meticulously collecting and diligently assembling my 5,514-page "SJC Record" the Massachusetts Supreme Judicial Court ordered on purpose. While the state

and federal anti-discrimination statutes equally apply to all, the Massachusetts Attorney General's Office ("AGO") continues to claim that "absolute immunities [for Stalinist 'tools']" exist for them to bully by adopting "guilty until proven innocent" principles and to openly discriminate against "Biden's garbage."

Starting in 2018, I have now sent **174 complaints (and/or desperate messages)** to the AGO regarding the rabid anti-immigrant and anti-"toxic masculinity" discriminations I experienced in Massachusetts:

> "Nevertheless, to support an activist and forcefully projected 'feminist' agenda, a notoriously cruel **400 times GAL** Harvard psychologist, a child predator Dr. Robin Deutsch, was brought in to custom fabricate factually false and thoroughly infantile QAnon-style narratives for the [court], specifically: '[child] is afraid the father will 'put suction cups on her feet and take her out the window,' and [child] is afraid the father would 'put him in boiling water' if he went back in the father's care.'"

The "superstar" GAL based her incomplete, faulty, and biased (with my meticulously documented **900+** errors and distortions) investigation on a provocatively administered and defective "psychology test" by a sex-obsessed postdoc with an experience of "probably 10" completed evaluations (without a license).

I diligently reported to Maura Healey, the then Attorney General and proud author of the profiteering "LGBTQ+" discrimination "tool" against the "toxic masculine" fathers of our dear innocent children:

> "The GALs went on to lead the American Psychological Association and Pediatric Gender Program at Yale. My forced indigency, caused by systemic discriminations and sustained retaliations by [the AGO], started with my email: Dr. Olezeski, Is your 'Pediatric Gender Program,' in fact, in plain English, **castrating young American boys**? It is well known that the Nazis, as part of the 'emerging eugenics movement,' started with castrating the hated 'inferior' minorities (for clarity, I grew up as a deeply hated minority in a ruthless dictatorship). They moved onto gassing them in masses only after the population and 'scientific community' did not complain nor 'resist' them in any way."

I now have federal proof that the Healey government's combined child-predatory "feminist"/profiteering "LGBTQ+" dual discrimination schemes' manifested objective is to target "ignorant immigrants" to first father children and then "steal" the forever abused and victimized "fatherless children" for "maximized" federal reimbursements. The Healey government is using all the "tricks" (e.g., **mail fraud, obstruction, falsified dockets, etc.**) to cheat and to extort the last penny from a blinded federal government by using immigrants while also barring them access to her "tools in the toolbox," see my endlessly sabotaged *pro se* Title VI/VII of the Civil Rights Act of 1964 (42 U.S.C. §§ 2000d/e, *et seq.*) and Civil RICO lawsuits.

Respectfully,
/s/ Imre Kifor[1], Pro Se

Cc:     Senator Elizabeth Warren, via Elizabeth_Warren@warren.senate.gov
        Katherine B. Dirks, Esq., Deputy Chief, Government Bureau, via katherine.dirks@mass.gov
        Judiciary_Whistleblower@mail.house.gov
        USAMA.CivilRights@usdoj.gov

---

[1] Signed under the pains and penalties of perjury as an affidavit (in support of my motion for an injunction against the Commonwealth of Massachusetts submitted to the U.S. Court Of Appeals For The First Circuit, No. 24-1075).

Referenced Links:

1. https://www.cnn.com/2024/10/30/politics/kamala-harris-joe-biden-garbage-comment/index.html,

2. https://www.whitehouse.gov/briefing-room/presidential-actions/2023/02/16/executive-order-on-further-advancing-racial-equity-and-support-for-underserved-communities-through-the-federal-government/,

3. https://www.cnn.com/videos/politics/2023/10/06/hillary-clinton-maga-cult-extremists-donald-trump-house-republicans-amanpour-cnntm-vpx.cnn,

4. https://plato.stanford.edu/entries/russell-paradox/,

5. https://www.ncsc.org/__data/assets/pdf_file/0014/42152/parental_alienation_Lewis.pdf,

6. https://www.foxnews.com/politics/dem-governor-threatens-use-every-tool-fight-back-against-trump-era-deportations.

Imre Kifor
32 Hickory Cliff Rd.
Newton, MA 02464
ikifor@gmail.com
I have no phone
I have no valid driver's license
I have to move to a homeless shelter
https://femfas.net

January 20, 2025

Joshua S. Levy, U.S. Attorney for the District of Massachusetts
U.S. Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
also via USAMA.CivilRights@usdoj.gov

**COMPLAINT FOR SYSTEMIC AGENDA-DRIVEN STATUTORY DISCRIMINATIONS AND
SUSTAINED RACKETEERING RETALIATIONS COMMITTED BY MASSACHUSETTS**

Dear Joshua S. Levy, U.S. Attorney

I already complained to you on 1/26/2024 about the disparate treatment, the "State-endorsed 'prisoner-like' segregations" I continue to still experience (see attached). I also substantiated to the U.S. Court of Appeals For The First Circuit, No. 24-1075, the sustained and systemic Title VI/VII discriminations and subsequent retaliations based on sex, gender, and national origin the Commonwealth of Massachusetts ("State") continues to apply to my cases with my "Petition For Rehearing En Banc" filed on 12/2/2024.

In my "Motion For Injunction Against The Vindictive Commonwealth And Declaration That President Biden's 'Equity For All' Deception Is Unconstitutional," filed on 11/12/2024, I specifically requested:

> "WHEREFORE, Father respectfully requests this Court to a) enjoin the child-predatory 'feminist' and profiteering 'LGBTQ+' agenda-driven State from discriminating against the significant number of immigrant men by either inciting the 'ignorant illegals' into violating federal law or effectively discarding the legal immigrant men as mere 'Biden's garbage' by outright erasing their evidence and systemically nullifying their complaints and b) declare that President Biden's 2/16/2023 Executive Order is unconstitutional as it deceptively intends to foster the above discrimination by the states against the predominantly male immigrants."

In my attached "Motion For Interlocutory Relief From Agenda-Driven Statutory Discriminations And Sustained Racketeering Retaliations" just submitted to the Middlesex Superior Court, No. 2481-CV-00983, I asserted (as "Father") that "The (always and meticulously legal) immigrant Father notes that had he ever allowed himself to be summarily compromised by the 'virtuous' (but deeply predatory and profiteering) State openly inciting him to violate federal laws on purpose, Father would have forever prejudiced himself and surrendered his rights to defend himself (and his children) against the State."

**ADDENDUM - 000074**

My current complaints, motions, and petitions were triggered by recent events reflected by my email to the Newton Police Prosecutor and my submission to the Middlesex District Attorney on 1/14/2025, i.e.,

> "To reiterate my concise point, while I had known that falsifying the [Middlesex Probate And] Family Court dockets was possible by openly abusing the federal mail system, I could not prove the individual steps for my federal Civil RICO case. Switching to the e-filing system allowed me to monitor the exact 'handshake protocols.' And with the parallel 1/2/2025 Family Court orders (included in yesterday's email to the Newton Police Chief), **I finally have clear and concise proofs for my submissions being discarded and my evidence outright erased only to 'sanitize' the DOR CSE monitored Family Court dockets, i.e., the ones bringing in the 'maximized' (and deeply child-abusive) federal reimbursements.**"

In my extensively substantiated "Forced Fatherlessness Is The Manifested Objective Behind The Child-Predatory 'Feminism' And Profiteering 'LGBTQ+' Dual Discrimination Schemes In Today's Agenda-Driven Massachusetts" open letter/affidavit to The White House, I indicated already on 11/10/2024 that,

> "I now have federal proof that the Healey government's combined child-predatory 'feminist'/ profiteering 'LGBTQ+' dual discrimination schemes' manifested objective is to target 'ignorant immigrants' to first father children and then 'steal' the forever abused and victimized 'fatherless children' for 'maximized' federal reimbursements. The Healey government is using all the 'tricks' (e.g., mail fraud, obstruction, falsified dockets, etc.) to cheat and extort the last penny from a blinded federal government by using immigrants while also barring them access to her 'tools in the toolbox,' see my endlessly sabotaged *pro se* Title VI/VII of the Civil Rights Act of 1964 (42 U.S.C. §§ 2000d/e, *et seq.*) and Civil RICO lawsuits."

The 1/2/2025 parallel denials (that I received in the mail on 1/10) to docket my previous, now provenly discarded pleadings and/or effectively erased supporting evidence are mere continuations of the Family Court's sustained and systemic efforts to **conceal the multi-million dollar perjuries/attorney-assisted subornations of perjuries** allowed to be committed on behalf of the deeply child-predatory "feminist" and profiteering (to explicitly "maximize" the federal reimbursements) "LGBTQ+" agenda-driven State.

Accordingly, I applied my prior federal Civil RICO complaint to the state's G.L.c. 271A, "Enterprise Crime," and submitted my (proposed) diligently substantiated complaint to the Massachusetts Attorney General's Criminal Bureau on 1/13/2025. However, I am now 63 years old and I cannot walk the ~26 miles to attend the crucial Family Court hearings on 1/30/2025 in Lowell. While I unexpectedly received a refund check from a lawsuit in 2012, a retaliating Family Court postponed deciding on what I could do with the check until the said hearing. This deliberately staged "Catch-22" by the State (to further deny my due process and equal protection of the laws constitutional rights) is a new act of discrimination and specifically targeted retaliation based on my sex, gender, and national origin in violation of Title VI/VII.

Respectfully,
/s/ Imre Kifor[1], Pro Se

---

[1] Signed under the pains and penalties of perjury as an affidavit supporting my (now fourth) SCOTUS Petition For A Writ Of Certiorari To The U.S. Court Of Appeals For The First Circuit, No. 24-1075.

Imre Kifor
32 Hickory Cliff Rd.
Newton, MA 02464
ikifor@gmail.com
I have no phone
I have no valid driver's license
I have to move to a homeless shelter
https://femfas.net

January 31, 2025

U.S. Senator Elizabeth Warren
"Fight For Middle-Class Families"
309 Hart Senate Office Building
Washington, DC 20510

Governor Maura Healey
Massachusetts State House
24 Beacon St., Room 280
Boston, MA 02133

Mayor Ruthanne Fuller
City of Newton
1000 Commonwealth Ave.
Newton Centre, MA 02459

also via Elizabeth_Warren@warren.senate.gov, katherine.dirks@state.ma.us, rfuller@newtonma.gov

**Humble Request For "Sanctuary Protection And Shelter" From Substantiated Anti-Immigrant/ Anti-Masculine Federal Civil RICO-Based G.L.C 271A "Enterprise Crime" By Massachusetts**

Dear Senator Elizabeth Warren,
Dear Governor Maura Healey,
Dear Mayor Ruthanne Fuller,

The Newton Passes Sanctuary City Ordinance[1] reported on 2/21/2017 that "The Welcoming Ordinance makes Newton a sanctuary city, protecting unauthorized immigrants from arrest and deportation by the federal government. Many cities have passed similar ordinances in reaction to President Donald Trump's executive orders on immigration." Specifically, Newton enacted that "The ordinance would protect and shelter undocumented immigrants in Newton by limiting cooperation with federal immigration laws. Undocumented immigrants would not be detained or punished for their immigration status."

As I have indicated in my now 500+ open letters to government officials (see attached my latest letter titled "Forced Fatherlessness Is The Manifested Objective Behind The Child-Predatory 'Feminism' And Profiteering 'LGBTQ+' Dual Discrimination Schemes In Today's Agenda-Driven Massachusetts" sent to President Trump on 11/10/2024), I am a legally immigrated but **forcedly indigent and consequently undocumented "alien"** who cannot even access his bank account with his long expired driver's license.

Significantly, I am also a directly and unlawfully (as per the Massachusetts G.L.c. 151B, § 9, "unlawful practices," i.e., G.L.c. 151B, § 4 (4) retaliation, (4A) interference, and (5) aiding & abetting employment discrimination) targeted genuine whistleblower since my **"Castrating young American boys?"** emailed (and now also diligently substantiated) complaint to then-Attorney General Maura Healey on 1/12/2018.

---

[1] See at https://www.bcheights.com/2017/02/21/newton-passes-sanctuary-city-ordinance/.

Moreover, I reported to the Newton Police Prosecutor that "To reiterate my concise point, while I had known that falsifying the [three Middlesex Probate And] Family Court dockets was possible by openly abusing the federal mail system, I could not prove the individual steps for my federal Civil RICO case. Switching over to the e-filing system last summer, however, allowed me to diligently monitor the exact 'handshake protocols.' And with the parallel 1/2/2025 Family Court orders (included in yesterday's email to the Newton Police Chief), I finally have clear and concise proof for **my submissions being discarded and my evidence outright erased** only to 'sanitize' the DOR CSE monitored Family Court dockets, i.e., the ones bringing in the 'maximized' (and deeply child-abusive) federal reimbursements."

Just before my above response, I also walked to the Newton Police on 1/13/2025 with my statement:

> "Reiterating my filed statements, I have been sheltering at 32 Hickory Cliff Rd. in Newton. The owner/investor Ms. Xiaohong (Janet) Qin purchased the old house with the intent of tearing it down. The Newton Historical Commission approved on 7/29/2024 the plans and the tearing down is slated to start as soon as the city issues the permits. I am not privy to the plans and have no involvement whatsoever with the operations. However, the rooms and the kitchen in the old house have already been emptied/gutted. A picture of my shelter in the attic is attached to substantiate that the only difference between sheltering in Newton (under the Family Court's implied long-term house arrest and complete isolation) and being housed in the Middlesex County Jail is that a) I have my old laptop/internet (to keep myself sharp, professionally up-to-date, and viable for full employment) and b) I can walk outside. As soon as I learned about the plans to demolish the house, I wrote the attached letters to Governor Maura Healey and Newton Mayor Ruthanne Fuller, on 6/15/2023, and Governor Maura Healey, on 7/29/2023, requesting assistance regarding my desperate housing situation. I never received any responses to my requests to the Massachusetts government officials."

Since then, the City of Newton issued construction permits for 32 Hickory Cliff Rd. on 1/28/2025 and electricity is scheduled to be disconnected from the tear-down on 2/15/2025. As attached, I submitted my "**(Proposed) Complaint Pursuant To G.L.c. 271A 'Enterprise Crime'**" to the Attorney General's Criminal Bureau, the Middlesex District Attorney's Office, and the Middlesex Superior Court. I also hand-delivered/filed my (proposed) complaint with the Middlesex Probate And Family Court yesterday.

In preparation for my 2/10/2025 follow-up letter to President Trump titled "The Clearly Manifested Mechanism And Concise Proof For The Marxist-Inspired Endless Profiteering Based On 'Governmental Inefficiencies': How Many Hundreds Of Thousands Of Dollars Have Been Federally 'Reimbursed' To Massachusetts To Collect $0.71?" regarding the result of the DOR CSE's now third multi-state levy of all my financial accounts, I have also complained to the U.S. Attorney for the District of Massachusetts:

- In my "Motion For Injunction Against The Vindictive Commonwealth And Declaration That President Biden's 'Equity For All' Deception Is Unconstitutional," filed on 11/12/2024, I specifically requested: "WHEREFORE, Father respectfully requests this Court to a) enjoin the child-predatory 'feminist' and profiteering 'LGBTQ+' agenda-driven State from discriminating against the significant number of immigrant men by either inciting the 'ignorant illegals' into violating federal law or effectively discarding the legal immigrant men as mere 'Biden's garbage' by outright erasing their evidence and systemically nullifying their complaints and b) declare that

President Biden's 2/16/2023 Executive Order is unconstitutional as it deceptively intends to foster the above discrimination by the states against the predominantly male immigrants."

- In my attached "Motion For Interlocutory Relief From Agenda-Driven Statutory Discriminations And Sustained Racketeering Retaliations" just submitted to the Middlesex Superior Court, I asserted (as "Father") that "The (always and meticulously legal) immigrant Father notes that had he ever allowed himself to be summarily compromised by the 'virtuous' (but deeply predatory and profiteering) State openly inciting him to violate federal laws on purpose, Father would have forever prejudiced himself and surrendered his rights to defend himself against the State."

The most significant development occurred yesterday, on 1/30/2025, in the Family Court. For context, I previously attended the Family Court hearings in person on 2/20, 4/24, 6/6, 8/5, 10/21/2019, and 1/21/2022. Every single time I was either a) directly threatened with arrest and jail, b) handcuffed, c) arrested, and d) **sent to jail (as a forcedly/provenly indigent immigrant without even a valid driver's license)**.

However, none of that happened yesterday. Moreover, apparently in response to my (proposed) criminal filings, I was even allowed to properly file all my prepared motions and attached pieces of evidence. The only difference in circumstances was the completely unexpected (and surely "once in a lifetime") refund check of $1,606 I had received from the most prestigious law firm in Boston. Without a response to my filed emergency motions, see attached, I used $25.80 from the check to pay for transportation to Lowell.

Furthermore, the attorney, responsible for the deliberate **sabotaging of "judicial processes"** since 2019, asserted yesterday that the Family Court cannot decide discriminations. The Massachusetts Commission Against Discrimination (MCAD) obviously cannot decide the parallel child supports; while the Superior Court cannot decide the Family Court's parallel Rule 60 frauds on the court (caused by discriminations and subsequent retaliations). Consequently, the sustained & systemic discriminations and all subsequent retaliations can be corrected only by petitioning the Massachusetts Supreme Judicial Court, as attached.

Moreover, as any remedy to my intractable "absolute employment discrimination" (see my now 2,400+ diligently submitted and always compliant weekly job applications) is only possible through the proper "Motions For Relief From Judgments and Orders," the Family Court has been deliberately obstructing exactly that, just as I reported it to the Newton Police Prosecutor. Nevertheless, yesterday's "never to be repeated" pause in both threats for arrest and discarding of submissions revealed the "Catch-22 Trap":

a) "He must explicitly spend money to properly file his pleadings/evidence in Family Court," but
b) "If he spends any money (but doesn't first pay his **usuriously accumulated and now $430,000+** of in-arrears child supports and court-ordered other expenses, a federal felony) then he must be arrested and sent to jail (thus immediately invalidating all his pleadings and pieces of evidence)."

This "Catch-22 Trap" (paused, and thus revealed, only once on 1/30/2025) is the manifested mechanism and proof for the claimed child-predatory "feminism" and profiteering "LGBTQ+" dual discrimination schemes that I have meticulously documented in my "SJC Record" for the Supreme Judicial Court. The schemes' objective is to **abusively drive the anti-masculine "forced fatherlessness"** in our children.

**ADDENDUM - 000078**

Consequently, my younger children's mother's testimony confirmed that yesterday in the Family Court, i.e., despite her neglecting to respond to my lawfully requested admissions, she continued to demand my arrest and imprisonment for the **false "federal felonies"** of my not being able to pay any child support.

Unmasking the inherent "fluidity" of all predatory "identity politics," she then proceeded to effectively claim under oath that "his immigrant this and that only came up recently," as if my "undocumented (but legal) immigrant" status was a "piece of clothing" that one puts on or takes off as a useful convenience.

I respectfully reiterate that I am now an undocumented (legal) immigrant (and a whistleblower) who is being directly and unjustly targeted with mere stereotypically projected and also false "federal felonies," as the immediate consequences of the sustained and systemic unlawful discriminations and subsequent retaliations, and, **starting on or about 2/15/2025**, I will lose my food and shelter at 32 Hickory Cliff Rd.

Therefore, I respectfully and humbly request protection and shelter from the "Welcoming Sanctuary City Of Newton" until my "Petition To Correct And Prevent Ongoing Errors Pursuant To G.L.c. 211, §3, And G.L.c. 249, §4, Caused By Agenda-Driven Organized Discriminations And Targeted Retaliations With A Racketeering Pattern" (to be submitted to the Massachusetts Supreme Judicial Court on 2/10/2025) is resolved and my properly documented (legal) immigrant and proud U.S. Citizen status is duly restored.

Respectfully,
/s/ Imre Kifor, Pro Se

Cc:    Katherine B. Dirks, Deputy Chief, Government Bureau (AGO), via katherine.dirks@mass.gov
      Andrew Espinosa, Deputy Chief of Investigations (MCAD), via andrew.espinosa@mass.gov
      Michael Xavier, Esq. (for Ms. Barbara Duchesne), via mxavier@princelobel.com
      Ms. Cynthia Oulton, Pro Se, via cynoulton@gmail.com

Imre Kifor
32 Hickory Cliff Rd. (mailbox only, house torn down)
Newton, MA 02464
ikifor@gmail.com
I have no phone
I have no valid driver's license
I have to move to a homeless shelter
https://femfas.net

February 16, 2025

| Attorney General Pamela Bondi | Assistant AG Kristen Clarke | U.S. Attorney Leah B. Foley |
|---|---|---|
| U.S. Department of Justice | Civil Rights Division, | U.S. Department of Justice, |
| 950 Pennsylvania Avenue, NW | U.S. Department of Justice | District of Massachusetts |
| Washington, DC 20530-0001 | 950 Pennsylvania Avenue, NW | 1 Courthouse Way, #9200 |
| | Washington, DC 20530-0001 | Boston, MA 02210 |

**The Deeply Child-Predatory And Profiteering "LGBTQ+" Massachusetts Incites Impoverished Single Mothers To Nakedly Commit Fraud And Perjury In Our Family Courts Only To Conceal Systemic Title VI/VII Violations With A Federal Reimbursements Extorting Racketeering Pattern**

Dear U.S. Attorney General Pamela Bondi,
Dear U.S. Assistant Attorney General Kristen Clarke,
Dear U.S. Attorney Leah B. Foley,

I am a legal immigrant and naturalized U.S. Citizen from a former communist tyranny. As a child, I was raised by the then dictatorial state with the same deceptively "virtuous" Marxist principles, i.e., allowing the blatant "stealing from the people to enrich the elites," that the Trump Administration is finally and rapidly uncovering in my beloved America. As a conclusion to my now 13+ years of existential struggle and targeted retaliations by the deeply child-predatory and profiteering "LGBTQ+" Massachusetts, I am writing to you in total desperation. My utterly intractable parallel matters in the Middlesex Probate And Family Court came to a head on 1/30/2025 with the last simultaneous hearings I could physically attend.

For an immediate context, I am attaching the last two open letters/affidavits out of the 500+ I have sent to our top government officials since 2018, starting with the most shamelessly deceiving and lying U.S. Senator Elizabeth "Fight For Middle Class Families" Warren, our Senior Senator from Massachusetts.

With already 50+ court dockets I initiated in state and federal courts, I have consistently and vigorously opposed the meticulously documented and preserved discriminations based on my sex & national origin (and all the subsequent directly targeted, sustained, and systemic retaliations, interferences, and aiding and abetting of **total** employment discriminations) I have experienced in Massachusetts since 5/2/2011, when my twins were forcedly wrestled from my full custodian care solely due to my valid U.S. passport.

I am a trained and skilled software engineer who specializes, by an existential necessity, in "ferreting out" complex relationships in large, ambiguous, and inconsistent datasets. To survive in the provenly

**ADDENDUM - 000080**

pretend-only, hence the quoted label, "LGBTQ+" tyranny in Massachusetts, I was also forced to become a "quick-study" of the law, specifically related to federal and state racketeering/enterprise crime statutes.

Consequently, per the Massachusetts Supreme Judicial Court's direct orders, I diligently assembled the requested record and submitted my layman's "Petition To Correct And Prevent Ongoing Errors Pursuant To G.L.c. 211, § 3, And G.L.c. 249, § 4, Caused By Agenda-Driven Organized Discriminations And Targeted Retaliations With A Racketeering Pattern" on 2/10/2025. As also attached, I am following up the petition with my "Renewed Notices Of Parallel Appeals Raising Constitutional Questions Caused By Agenda-Driven Organized Discriminations And Targeted Retaliations With A Racketeering Pattern."

Regarding my federal cases, I already complained to the U.S. Attorney on 1/20/2025 (see attached) that:

> "I now have federal proof that the [Massachusetts Governor Maura] Healey government's combined deeply child-predatory 'feminist' & profiteering 'LGBTQ+' dual discrimination schemes' manifested objective is to target the 'ignorant immigrants' to first father children and then to 'steal' the forever abused and victimized **'fatherless children'** for the thus 'maximized' federal reimbursements. The [Governor Maura] Healey government is using all the 'tricks' (e.g., mail fraud, obstruction, falsified dockets) to cheat and extort the last penny from a blinded federal government by using immigrants while also barring them access to her 'tools in the toolbox,' see my endlessly sabotaged *pro se* Title VI/VII of the Civil Rights Act of 1964 (42 U.S.C. §§ 2000d/e, *et seq.*) and Civil RICO lawsuits."

As my long-running appeals of my "grassroots," i.e., *pro se* and *in forma pauperis*, federal Civil RICO class action complaints against Massachusetts in the U.S. Court of Appeals For The First Circuit, No. 24-1075, were abruptly denied, I will submit my now 4th layman's "Petition For A Writ Of Certiorari" to the U.S. Supreme Court on 3/3/2025 by raising the identically reiterated two constitutional questions.

While I have the skills, mental energy, and emotional grit to continue to petition even our highest courts regarding the Stalinist-inspired "heavy-handedness" of Massachusetts' extortion of "maximized" federal moneys agenda, I have also become a **forcedly undocumented (but always legal) immigrant,** without even a valid driver's license, until Governor Healey (or Newton Mayor Fuller) responds to my attached request for "Sanctuary Protection And Shelter" now supported by my renewed "Affidavit of Indigency."

Consequently, I desperately beg you for federal "sanctuary protection" from a retaliating Massachusetts.

Respectfully[1],
/s/ Imre Kifor[2], Pro Se

Cc:    Elizabeth Warren, Senior U.S. Senator, via Elizabeth_Warren@warren.senate.gov
       Andrea R. Lucas, Acting Chair, EEOC, via https://publicportal.eeoc.gov/Portal/HomePage.aspx
       Kalpana Kotagal, Commissioner, via https://publicportal.eeoc.gov/Portal/HomePage.aspx
       USAMA.CivilRights@usdoj.gov

---

[1] Also submitted as part of my U.S. Citizen's resume to the U.S. Digital Service (DOGE) at https://doge.gov/join.

[2] Signed under the pains and penalties of perjury as an affidavit supporting my (now to be fourth) SCOTUS Petition For A Writ Of Certiorari To The United States Court Of Appeals For The First Circuit, No. 24-1075.

Imre Kifor
32 Hickory Cliff Rd.
(mailbox only, house torn down)
Newton, MA 02464
ikifor@gmail.com
(857) 340-8699
(by the federal Lifeline program)
I have no valid driver's license
I now sleep in a homeless shelter
https://www.youtube.com/@ImreKifor

June 30, 2025

Robert F. Kennedy, Jr., Secretary
U.S. Department of Health & Human Services
Hubert H. Humphrey Building
200 Independence Avenue, S.W.
Washington, D.C. 20201

**Massachusetts' Predatory & Profiteering "LGBTQ+" Agenda Extorts Federal Funding To Torture Our Children Into Systemic "Fatherlessness" Through Manifestly Falsified Family Court Dockets**

Dear Secretary Kennedy,

TBD

- See my attached open letter/federal affidavit titled "Forced Fatherlessness Is The Manifested Objective Behind The Child-Predatory 'Feminism' And Profiteering 'LGBTQ+' Dual Discrimination Schemes In Today's Agenda-Driven Massachusetts," sent to The White House on 11/10/2024.

Respectfully,
/s/ Imre Kifor[1], Pro Se

Cc:     Senator Elizabeth Warren, via Elizabeth_Warren@warren.senate.gov

Referenced links:

1. https://www.foxnews.com/politics/massachusetts-must-pay-feds-2-1b-after-mistakenly-using-pandemic-funds-cover-unemployment-benefits,
2. https://www.foxnews.com/us/massachusetts-migrants-taking-shelter-beds-from-taxpayers-allowed-no-vetting-former-director,
3. https://www.foxnews.com/politics/migrant-influx-pushing-mass-shelter-costs-past-1b-fy25-report.

---

[1] Signed under the pains and penalties of perjury as an affidavit in support of my renewed federal "Complaint For Declaratory And Injunctive Relief And Damages" for violations of Title VI/VII of the Civil Rights Act of 1964.

Imre Kifor
32 Hickory Cliff Rd.
(mailbox only, house torn down)
Newton, MA 02464
ikifor@gmail.com
(857) 340-8699
(by the federal Lifeline program)
I have no valid driver's license
I now sleep in a homeless shelter
https://www.youtube.com/@ImreKifor

July 7, 2025

President Donald J. Trump
The White House
1600 Pennsylvania Ave, NW
Washington, DC 20500

**Clearly Manifested Mechanism And Concise Proof For The Endlessly Child-Predatory Marxist-Inspired Profiteering Based On Gross "Governmental Inefficiencies" -- How Many Hundreds Of Thousands Of Dollars Have Been Federally "Reimbursed" To Massachusetts To Collect $0.71?**

Dear President Donald J. Trump,

TBD

- See my attached open letter/federal affidavit titled "Forced Fatherlessness Is The Manifested Objective Behind The Child-Predatory 'Feminism' And Profiteering 'LGBTQ+' Dual Discrimination Schemes In Today's Agenda-Driven Massachusetts," sent to The White House on 11/10/2024.

Respectfully,
/s/ Imre Kifor[1], Pro Se

Cc:    Senator Elizabeth Warren, via Elizabeth_Warren@warren.senate.gov

Referenced links:

1. https://www.foxnews.com/politics/massachusetts-must-pay-feds-2-1b-after-mistakenly-using-pandemic-funds-cover-unemployment-benefits,
2. https://www.foxnews.com/us/massachusetts-migrants-taking-shelter-beds-from-taxpayers-allowed-no-vetting-former-director,
3. https://www.foxnews.com/politics/migrant-influx-pushing-mass-shelter-costs-past-1b-fy25-report.

---

[1] Signed under the pains and penalties of perjury as an affidavit in support of my renewed federal "Complaint For Declaratory And Injunctive Relief And Damages" for violations of Title VI/VII of the Civil Rights Act of 1964.

**ADDENDUM - 000083**

Imre Kifor
32 Hickory Cliff Rd.
Newton, MA 02464
ikifor@gmail.com
I have no phone
I have no valid driver's license
I have to move to a homeless shelter
https://femfas.net

January 14, 2025

Marian Ryan, Middlesex District Attorney
The Middlesex District Attorney's Office
15 Commonwealth Ave.
Woburn, MA 01801

**(PROPOSED) COMPLAINT PURSUANT TO G.L.C. 271A "ENTERPRISE CRIME"**

Dear Marian Ryan, Middlesex District Attorney,

I filed renewed complaints with the Massachusetts Attorney General's Office on 1/13/2025. To comply with the Massachusetts Supreme Judicial Court's order on 9/26/2024, i.e., "The court will grant leave if Kifor demonstrates that he has no other adequate remedy and provides the court with a record to substantiate his claim" (see my "staging" docket SJ-2024-M026), I also walked to the Newton Police and the District Court to report the recent "mail fraud, obstruction of justice, and retaliation" incidents.

As per my earlier email response to the Newton Police Prosecutor, see attached, I was told to contact the Middlesex District Attorney's Office in Woburn. I have no phone and cannot casually walk to Woburn from Newton. Therefore, I am hereby mailing printed copies of my complaints for discriminations and subsequent retaliations (with original signatures but without the repeatedly emailed/e-filed evidence).

Respectfully,
/s/ Imre Kifor, Pro Se

Enclosure:

- 1/14/2025 "Re: follow up (regarding the 'Citizen Complaint' Pursuant To G.L.C. 271A 'Enterprise Crime')" email to the Newton Police Prosecutor w/ the attached open letters sent to The White House,

- Proofs of the three 1/13/2025 emails (with the referenced substantiating evidence diligently attached),

- 1/13/2025 "Complaints Filed With The Civil Rights And Criminal Divisions For Sustained Agenda-Driven Discriminations And Targeted Retaliations Organized And Executed With A Systemic Racketeering Pattern" respectfully submitted to the AGO's electronic portals,

**ADDENDUM - 000084**

- 1/13/2025 Imre Kifor's Sworn Statement To The Newton Police Regarding His "Citizen Complaint" Pursuant To G.L.C. 271A, "Enterprise Crime,"

- 1/13/2025 Imre Kifor's Statement To The Newton District Court Regarding His "Citizen Complaint" Pursuant To G.L.C. 271A, "Enterprise Crime" and Imre Kifor's Affidavit/ Supplement Of Indigency,

- 1/13/2025 Imre Kifor's (Proposed) Complaint Pursuant To G.L.C. 271A "Enterprise Crime,"

- 10/2, 10/16, 11/27/2024, and 1/6/2025 complaints/supplement emailed (and also properly signed and physically mailed) to the Massachusetts Commission Against Discrimination (MCAD).


Cc:    Katherine B. Dirks, Deputy Chief, Government Bureau (AGO), via katherine.dirks@mass.gov
       Michael Xavier, Esq. (for Ms. Barbara Duchesne), via mxavier@princelobel.com
       Ms. Cynthia Oulton, Pro Se, via cynoulton@gmail.com

2

**ADDENDUM - 000085**

 Gmail                                                                Imre Kifor <ikifor@gmail.com>

---

## Re: follow up (regarding the "Citizen Complaint" Pursuant To G.L.C. 271A "Enterprise Crime")

---

**Imre Kifor <ikifor@gmail.com>**                                              Tue, Jan 14, 2025 at 9:43 AM
To: PoliceProsecutor <policeprosecutor@newtonma.gov>, cmnewtondc@jud.state.ma.us, "Dirks, Katherine (AGO)" <katherine.dirks@mass.gov>
Cc: "Espinosa, Andrew (CAD)" <andrew.espinosa@mass.gov>, "Vaglica, Michael (AGO)" <Michael.Vaglica@mass.gov>, "Lucia, Joseph (AGO)" <joseph.lucia@mass.gov>, "Weber, Daniel (AGO)" <Daniel.Weber@mass.gov>, Michael Xavier <mxavier@princelobel.com>, Cyndi Oulton <cynoulton@gmail.com>
Bcc: quintessre@gmail.com, ofkifor@gmail.com

Dear Newton Police Prosecutor,

When I walked to the Newton Police Headquarters yesterday, I had a simple objective. Using my 3-page "Sworn Statement To The Newton Police Regarding [My] 'Citizen Complaint' Pursuant To G.L.C. 271A, 'Enterprise Crime,'" which I also included in my email to the Police Chief, I wanted to get a plain (Type 1) Police Incident Report.

The Mass. Supreme Judicial Court ordered me on 9/26/2024, "The court will grant leave if Kifor demonstrates that he has no other adequate remedy and provides the court with a record to substantiate his claim," see the "staging" docket, No. SJ-2024-M026. Therefore, I need a copy of an actual local police report for my upcoming emergency petition to the SJC (and also to the U.S. Supreme Court, see my U.S. Court Of Appeals For The First Circuit, No. 24-1075 docket, that I fully intend to take back — in my fourth attempt -- to SCOTUS).

As a police officer politely sent me to the Newton District Court yesterday with a "we don't do discriminations or 'enterprise crimes,'" I then attempted to file an Application For Criminal Complaint in the District Court. The clerk initially commented that G.L.c. 271A is about "gambling, alcohol, and drugs" (and has nothing to do with the **Mass. DOR CSE conspiring with the Middlesex Probate And Family Court to use usurious extortion to conceal activist child abuse, extreme parental alienation, falsified court dockets, and, therefore, fraudulently collected federal reimbursements**).

I persisted, and then I was given a chance to talk with Henry Shultz, the Clerk-Magistrate. Mr. Shultz politely and patiently allowed me to explain my case and concluded our conversation effectively with a, "I will allow this if the DA agrees." I also talked to an Assistant DA in the Newton Court, and once again I was patiently and politely sent to the Middlesex County District Attorney.

Therefore, I am postponing filing my intended parallel petitions with the Single Justice Appeals Court and my emergency motion for relief pursuant to G.L.c. 249, § 4 in my anti-discrimination matter in the Middlesex Superior Court, No. 2481CV00983, by two days to be able to include my correspondence with the Middlesex DA's office.

To reiterate my concise point, while I had known that falsifying the Family Court dockets was possible by openly abusing the federal mail system, I could not prove the individual steps for my federal Civil RICO case. Switching over to the e-filing system last summer, however, allowed me to diligently monitor the exact "handshake protocols." And with the parallel 1/2/2025 Family Court orders (included in yesterday's email to the Newton Police Chief), I **finally have clear and concise proof for my submissions being discarded and my evidence outright erased only to "sanitize" the DOR CSE monitored Family Court dockets, i.e., the ones bringing in the "maximized" (and deeply child-abusive) federal reimbursements.**

Thank you,
Imre Kifor, Pro Se

**ADDENDUM - 000086**

On Jan 14, 2025, at 7:42AM, PoliceProsecutor <policeprosecutor@newtonma.gov> wrote:

Hi,

I am the Police prosecutor at the Newton Police department. I understand that you sent an email to the Chiefs Office stating that you wanted to go file criminal charges at Newton district court. You have every right to do that. I wanted to know how we can assist you. Please let me know.

Thanks,

TJ


Newton Police Department
Police Prosecutor's Office
Office: 617-796-2149
Fax: 617-796-3682


When responding, please be aware that the Massachusetts Secretary of State has determined that most email is public record and therefore cannot be kept confidential.

---

**2 attachments**

📄 **01-To-Pres-Trump.pdf**
    2035K

📄 **01-To-Pres-Trump.pdf**
    86K

**ADDENDUM - 000087**

Imre Kifor
32 Hickory Cliff Rd.
Newton, MA 02464
ikifor@gmail.com
I have no phone
I have no valid driver's license
I have to move to a homeless shelter
https://femfas.net

January 13, 2025

Andrea Joy Campbell,
Massachusetts Attorney General
Office of the Attorney General (AGO)
One Ashburton Place
Boston, MA 02108
via https://www.mass.gov/how-to/file-a-civil-rights-complaint and
via https://www.mass.gov/how-to/file-a-request-for-review-with-the-attorney-generals-criminal-bureau

**COMPLAINTS FILED WITH THE CIVIL RIGHTS AND CRIMINAL DIVISIONS FOR SUSTAINED AGENDA-DRIVEN DISCRIMINATIONS AND TARGETED RETALIATIONS ORGANIZED AND EXECUTED WITH A SYSTEMIC RACKETEERING PATTERN**

Dear Andrea Joy Campbell, Massachusetts Attorney General,

Since 3/13/2024, I have submitted the attached three complaints for duly substantiated discriminations, the subsequent retaliations, and also civil rights violations to the AGO's Civil Rights Division, #1-06[1].

The three complaints reflect that I have tried to defend myself (to the best of my layman's abilities) from the sustained and systemic disparate treatments I continue to receive as an easily targeted white "simple" male **legal immigrant** in the context of my now 13+ years-long existential struggles in a deeply child-predatory "feminist" and profiteering "LGBTQ+" agenda-driven Middlesex Probate And Family Court.

In my attached "(Proposed) Complaint Pursuant To G.L.C. 271A 'Enterprise Crime,'" #5-02, (also duly submitted to the Attorney General's Criminal Bureau), I claim that, based on recently revealed relevant and significant evidence, the sustained and systemic discriminations/subsequent retaliations, composed entirely of G.L.c. 151B, § 4 (4) retaliation, (4A) interference, and (5) aiding and abetting employment discrimination "unlawful practices," are precise manifestations of the federal Civil RICO "prohibited activities" (i.e., mail and wire fraud, obstruction of justice, and also subsequent retaliations) and that my three parallel cases in Family Court have a **deliberately organized & executed racketeering pattern**.

---

[1] Relevant evidence is referenced by the "#v-p" notation with volume 'v' and page 'p' indicating the unmarked implicit physical page numbers of the five herein attached PDF volumes.

As a response to my three complaints to the AGO and the three separate complaints for discriminations simultaneously filed with the Massachusetts Commission Against Discrimination (MCAD), i.e., #2-06, #2-14, #2-02, and #2-43, the Commonwealth Defendants ("State") deliberately deceived/misrepresented on 10/30/2024, #1-65, in my *pro se* lawsuit in the Middlesex Superior Court (No. 2481CV00983) with:

> "[He] argues that court personnel who are responsible for entering documents onto the [Family Court's] docket are part of a 'hidden, silencing, defrauding and unlawfully discriminating administrative Deep State.' There is no evidence to support that claim beyond [his] own subjective, and highly implausible, beliefs. Because [his] assertions of wrongdoing relate to court administrative personnel who were acting in their capacity as such, the doctrine of judicial immunity applies."

As reflected in my attached "Sworn Statement To The Newton Police," #1-37, my 12/20/2024 email to the State, #1-92, provided exactly the above-necessitated clear evidence for the hence substantiated and unconstitutional **"Catch 22" practice** in Family Court of a) deliberately discarding my properly e-filed submissions (without the prior and explicitly allowed "permissions to file") but then b) also denying my requests for said permissions to file as, consequently, the underlying submissions "were not included."

Therefore, I properly concluded to the State in my email on 12/20/2024 that "It is not possible to further crystalize and manifestly demonstrate the alleged Marxist-inspired schism between the law-abiding [three] judges and the unlawfully discriminating 'Administrative Deep State' in the Family Court. It is now absolutely and manifestly clear that the Family Court deliberately discarded (and outright erased) on 12/9/2024 [#1-98] my properly and timely filed (but also clearly alarming) 'Motion For Permission To File The Attached Motion To Extend Time Due To Continued Sabotage By Officer Of The Court.'"

While the Family Court's denial on 1/2/2025 of my request for permission to file, #1-120, prevented my compromising evidence for **"the continued sabotage by an officer of the court"** from being docketed, it also verified my federal Title VI/VII claims of the court violating my due process and equal protection rights by deliberately obstructing my timely and proper complaints for modifications filed by following the federal CSE program guidelines & rules, #5-07. Specifically, on 1/2/2025, Family Court confirmed that my "urgently filed" complaint, i.e., related exclusively to **the forcedly induced, now $425,000+ of in-arrears child supports/expenses**, was delayed on purpose from 4/16, #1-111, to 12/13/2024, #1-117.

Consequently, I duly documented in the Superior Court on 12/25/2024, #3-90, that, "While the State is attempting to 'gaslight' [me] (and to deliberately confuse [my] actual steps taken to prosecute [my] cases in Family Court so that only the 'absolute judicial or prosecutorial immunity' could eventually apply), the record nevertheless demonstrates that the identical sabotaging and invalidating of [my] submissions is also applicable in this Superior Court. Namely, the same 'officers of the court' [Atty. M. Xavier] have sabotaged the same 'serving of the summons' process on the same Defendant, i.e., Mother-B. The State silently allowed the sabotaging to continue only to (seemingly) ensure that any plausibly admitted past **subornation of million-dollar perjuries** on the victimized (by the 'officers of the court') two mothers allowed in Family Court would never contradict the 'absolute judicial/prosecutorial immunity' claims."

In the same "Combined Reply To Commonwealth Defendants' Oppositions To Motions For Summary Judgment And First Amended Complaint" filed with the Superior Court on 12/26/2024, I summarized:

2

**ADDENDUM - 000089**

"To demonstrate the necessity of identically and simultaneously requesting admissions from all the (colluding) parties, Father points to the Family Court knowingly allowing the Defendant, Barbara Duchesne ('Mother-B'), to lie in her filed financial statements and trial testimony about the (thus concealed) **$1,000,000** she had received from Father just after their divorce. Building on Mother-B's deliberate perjury (i.e., a now **fully substantiated attorney-assisted subornation of perjury** on Mother-B [by Atty. Otis et al.]), the Defendant, Cynthia S. Oulton ('Mother-C'), later fraudulently expanded the lie to a ~$4 million fabricated [and provenly false] 'discrepancy in Father's finances.'"

The State's deceiving Marxist-inspired theory of "absolute judicial or prosecutorial immunity" regarding the Family Court matters can only hold in the Superior Court if no errors of law had been committed. As the Family Court ended the Stalinist-inspired "guilty until proven innocent" stereotypical projections, by finding me "NOT GUILTY (for not paying any child supports)" on 2/26/2024, my consistent claims of being a target of discriminations/retaliations based on sex & national origin have suddenly been verified.

Consequently, I also substantiated in the Superior Court on 12/5/2024, #3-52, that, "While the State's decisions are undeniably protected by the State's 'absolute judicial/prosecutorial immunity,' the lack of decisions or the ambiguity and inconsistency of the decisions is not. Specifically, a) 'failure to exercise discretion [regarding the now substantiated sustained and systemic discriminations based on my sex and national origin] is itself an **abuse of discretion**' and, therefore, it is an error of law, and b) the State's now manifested practice based on the Stalinist-inspired 'guilty until proven innocent' principle (i.e., an [unlawful] practice where 'intentional self-contradiction is being used as a means of obtaining an unfair advantage'), followed by the 'discarding' of [my] court filings and evidence (and thus [my] civil rights) to prevent [my] 'proving of innocence' step from succeeding, are deliberate attempts by the State to then **subvert the doctrine of judicial estoppel** and to cause Marxist-inspired ambiguity and inconsistency."

As confirmed by the Massachusetts Supreme Judicial Court ("SJC") on 8/8/2023, see SJC-13427 or #5-10, i.e., "to the extent Kifor contends that the docketing of any order was delayed and that the appellate period lapsed in the interim, a motion under Mass. R. Civ. P. 60 (b) (1) or (6) may provide a remedy," and according to the Probate and Family Court Standing Order 2-99, #1-33, i.e., "the provisions of this Standing Order shall apply to the following post-hearing motions: ... v) for Relief from Judgment and Order (Rule 60). The purpose of this Standing Order is to set out the procedures by which relief pursuant to subparagraphs i) through v) above, is sought," I duly e-filed on 12/26/2024 the latest iterations of my:

- "Corrected Motion For Relief From Judgments And Orders By Justices Donnelly, Monks, Cafazzo, And Allen Pursuant To Rule 60 Fraud And Fraud On The Court," #4-16, and
- "Corrected Motion For Relief From Judgments And Orders By Justices Donnelly, Gibson, Black, And Allen Pursuant To Rule 60 Fraud And Fraud On The Court," #4-163,

both meticulously prepared with the required 135 pages of identical (and also uncontested) evidence.

Despite Standing Order 2-99 specifically stating that "(1) Submission of Motion. The moving party shall serve with the motion a copy of the order or judgment at issue," the Family Court explicitly **"Rejected. Remove attachments,"** #4-159 & 160, my e-filed submissions of the thus rules-compliant identical and parallel 143-page motions for relief for both DOR monitored 11W-0787-WD/11W-1147-WD dockets. I

3

complied and resubmitted the, therefore, stripped to a mere 8 pages, motions for relief. Family Court confirmed with the **"Rejected. Will be printed waiting for approval or denial"** notes, #4-161 & 162.

In summary, the law provides me with explicit remedy/relief from the Family Court's now substantiated sustained/systemic statutory discriminations and the subsequent directly targeted retaliations (committed only to conceal the multi-million dollar perjuries/attorney-assisted subornations of perjuries previously allowed and encouraged by an agenda-driven Family Court on the thus openly victimized two mothers).

Despite the State's attempts to confuse a layman on purpose with the "absolute judicial or prosecutorial immunities apply" deceptions in the Superior Court, my parallel/identical **143-page motions for relief** were e-filed according to the law, and it was Family Court who discriminated against me and targeted me once again on 12/26/2024 by forcing me to strip the all required attachments from my motions only to then give Family Court a quick excuse to deny my requested permissions to docket my motions, i.e., **"Denied. Not filed in accordance with Standing Order 2-99,"** as mailed to me on 1/6/2025, #1-133.

My federal Civil RICO class actions complaint, #5-29, properly identified that Family Court (and thus the State) has been relying on the ambiguity and inconsistency of the inadequate "handshake protocol" inherently present in all physically mailed submissions to Family Court. Therefore, I could never prove that Family Court explicitly discarded (or effectively erased) my pleadings/evidence as mere "garbage."

Perhaps driven by the SJC's confirmation on 5/31/2024, that my timely & properly submitted notices of direct appeal were never docketed in Family Court, i.e., "There appears to be no reason, however, why Kifor could not have pursued a direct appeal from the denial of the trial court motions (also a point made by the Appeals Court single justice). That is Kifor's remedy, at least as to those trial court rulings," see SJ-2024-M008/10, I was suddenly allowed to finally e-file my submissions with Family Court in June.

As the e-filing system provides an adequate, "immediate acknowledgment"-based handshake protocol, I now have promptly emailed proofs that Family Court deliberately a) **discarded** my proper submissions on 12/9/2024, #1-98, and b) **effectively erased** my required/necessary evidence on 12/26/2024, #1-121.

As reflected in my "Sworn Statement To The Newton Police," I have no financial ability to physically mail my extensive submissions to Family Court and, thus, the herein documented "e-filing restrictions" continue to directly discriminate/subsequently retaliate against me in a "public place." Consequently, I request the AGO's explicit protection from the herein-identified & agenda-driven systemic racketeering.

**I swear that the contents of this complaint are true and accurate to the best of my knowledge. Signed under the pains and penalties of perjury.**

Respectfully,
/s/ Imre Kifor, Pro Se

Cc:   Katherine B. Dirks, Deputy Chief, Government Bureau (AGO), via katherine.dirks@mass.gov
      Andrew Espinosa, Deputy Chief of Investigations (MCAD), via andrew.espinosa@mass.gov
      Michael Xavier, Esq. (for Ms. Barbara Duchesne), via mxavier@princelobel.com
      Ms. Cynthia Oulton, Pro Se, via cynoulton@gmail.com

4

Imre Kifor
32 Hickory Cliff Rd.
Newton, MA 02464
ikifor@gmail.com
I have no phone
I have no valid driver's license
I have to move to a homeless shelter
https://femfas.net

January 13, 2025

Attorney General's Criminal Bureau
One Ashburton Place
Boston, MA 02108

### IMRE KIFOR'S (PROPOSED) COMPLAINT PURSUANT TO G.L.c. 271A
### "ENTERPRISE CRIME"

I, Imre Kifor ("Father"), respectfully state as follows:

1.  The herein "citizen complaint" is proposed pursuant to G.L.c. 271A, "Enterprise Crime," i.e.,

    **"Criminal enterprise activity**, the commission, attempt to commit or conspiracy to commit

    or the solicitation, coercion, aiding, abetting, or intimidation of another to commit any of the

    following criminal activities under the laws of the Commonwealth or equivalent crimes

    under the laws of any other jurisdiction: [... the implied list is emitted for brevity] or any

    conduct defined as a racketeering activity under Title 18, U.S.C. § 1961(1)(A)(B) and (D)."

2.  This matter is summarized by the culmination of Father's **500+** open letters sent to state and

    federal officials titled "Forced Fatherlessness Is The Manifested Objective Behind The Child-

    Predatory 'Feminism' And Profiteering 'LGBTQ+' Dual Discrimination Schemes In Today's

    Agenda-Driven Massachusetts" and mailed to The White House on 11/10/2024, #2-111[1].

---

[1] Relevant evidence is referenced by the "#v-p" notation with volume 'v' and page 'p' indicating
the unmarked implicit physical page numbers of the five herein attached PDF volumes.

- 1 -

3. On 1/20/2025, Father intends to conclude the raised issues with "Concise Proof For The Marxist-Inspired 'Governmental Inefficiencies': How Many Hundreds Of Thousands Of Dollars Have Been Federally Reimbursed To Massachusetts To Collect $0.71?", #2-171.

4. On 9/26/2024, the Massachusetts Supreme Judicial Court ("SJC") ordered that "The court will grant leave if [Father] demonstrates that he has no other adequate remedy and provides the court with a record to substantiate his claim" (see "staging" docket No. SJ-2024-M026).

5. To substantiate his claims that the **sustained and systemic deliberate discriminations and directly targeted retaliations** (composed entirely of G.L.c. 151B, § 4 "unlawful practices," i.e., (4) retaliation, (4A) interference, and (5) aiding and abetting employment discrimination against him) are manifestations of federal Civil RICO "prohibited activities" (i.e., mail/wire fraud, organized obstruction of justice, and repeated retaliations), Father diligently staged his meticulously collected and preserved evidence into his 5,846-page "SJC Record," #2-108.

6. As federal law applies to all the Defendants, Father hereby incorporates herein his attached "CLASS ACTION COMPLAINT FOR RELIEF AND DAMAGES: Violations of Title VI/ VII of the Civil Rights Act of 1964 (42 U.S.C. §§ 2000d/e, et seq.), Age Discrimination in Employment Act of 1967 (29 U.S.C. § 621, et seq.), Age Discrimination Act of 1975 (42 U.S.C. §§ 6101-6107), Deprivation Of Civil Rights (42 U.S.C. §§ 1981, 1983, & 1985), and Systemic/Sustained Civil RICO (18 U.S.C. § 1962) Prohibited Activities," and "Affidavit On Deliberately Induced Existential Employment, Health, And Housing Crisis" that Father filed (and diligently substantiated with 387 & 251 pages) in the U.S. District Court on 11/5/2023.

7. For consistency, Father reiterates that the recurring Defendants of all of his complaints are:

- 2 -

**ADDENDUM - 000093**

7.1.  (Former Attorney General and) GOVERNOR MAURA HEALEY (official capacity), Mass. State House, 24 Beacon St., Office of the Governor, Boston, MA 02133,

7.2.  ATTORNEY GENERAL ANDREA JOY CAMPBELL (official capacity), Office of the Attorney General, One Ashburton Place, 20th Floor, Boston, MA 02108,

7.3.  COMMISSIONER GEOFFREY E. SNYDER (official capacity), Massachusetts Department of Revenue, Child Support Services Division, 100 Cambridge Street, 5th Floor, Boston, MA 02114-9561,

7.4.  MIDDLESEX PROBATE AND FAMILY COURT, i.e., JOHN D. CASEY, CHIEF JUSTICE (official capacity), Probate and Family Court Administrative Office, 3 Center Plaza, Suite 210, Boston, MA 02108,

7.5.  THE COUNSELING CENTER OF NEW ENGLAND (now LIFESTANCE HEALTH, INC., with 36 locations in MA and 13 in NH), i.e., KENNETH BURDICK, CEO (official capacity), 4800 N. Scottsdale Road, Suite 2500, Scottsdale, AZ 85251,

7.6.  ATRIUS HEALTH, i.e., DR. STEVEN STRONGWATER, CEO (official capacity), Riverside Center, 275 Grove Street, Suite 2-300, Newton, MA 02466,

7.7.  BARBARA A. DUCHESNE ("Mother-B"), 1423 Tech Valley Drive, Westford, MA 01886 (as her last physical address known by Father),

7.8.  CYNTHIA S. OULTON ("Mother-C"), 129R Commonwealth Ave., Concord, MA 01742 (as her last address known by Father).

8.  Father notes that ATTY. MICHAEL G. XAVIER, Prince Lobel Tye LLP, One International Place, Suite 3700, Boston, MA 02110, 617-456-8177 and mxavier@princelobel.com, has

- 3 -

**ADDENDUM - 000094**

informed him via email on 1/28/2023 that "Please be reminded that I represent Ms. Duchesne on all matters in all courts. Any matters pertaining to her should be sent to my attention."

9. Father reiterates that he has repeatedly and consistently filed complaints for discrimination against the above Commonwealth Defendants ("State") with the Massachusetts Commission Against Discrimination (MCAD), #2-06, #2-14, #2-02, and #2-43 (including attachments).

10. Consequently, Father hereby incorporates all his above-listed MCAD complaints herein to substantiate that, pursuant to G.L.c. 151B, § 9, "unlawful practices," i.e., subsequent ongoing G.L.c. 151B, § 4 (4) retaliation, (4A) interference, and (5) aiding and abetting employment discrimination, the directly targeting, endlessly discriminating, and systemically retaliating State (and also all the other Defendants) are to be considered "persons" with no immunities.

11. Father has also initiated an action against the same Defendants in the Middlesex Superior Court, No. 2481CV00983, and has filed a "Statement Of Facts," #3-55, and a substantiated "Memorandum Of Law In Support Of Motion For Partial Summary Judgment," #3-76.

12. Therefore, Father hereby incorporates his above documents herein as a "summary of facts."

13. Father notes that responses to his 437 "Identical Requests For Parallel Admissions Served On The [already summonsed Defendants] On 12/23/2024," #2-139, are due within 30 days.

14. To establish the "racketeering activity" context of this "enterprise crimes" complaint, Father quotes directly from his federal Civil RICO class action complaint, #5-29, as follows:

15. Father is a white male legal immigrant (and now a proud U.S. Citizen) who was granted political asylum in 1986 due to his "hated" ethnic minority status from a tyrannical Romania.

- 4 -

16. Understanding how communist tyrannies work, where authorities enforce rules differently based on the subjects' identity group memberships, Father meticulously collected the records of his long court proceedings in the Middlesex Probate And Family Court ("Family Court").

17. Father has been systemically defrauded, defamed, and stereotypically discriminated against in Family Court using high-conflict "mental health" and other false child-abuse fabrications, as well as frequent stereotypically demonizing proclamations & malicious activist falsities like: "Father is [a barbaric] Romanian" and "[a categorically false] rape was cost-effective."

18. Building on his extensive (now spanning 10+ years) personal experiences, excessive harm, and injuries, Father has now substantiated allegations of stubbornly discriminatory, systemic, and sustained "social engineering" conspiracies and (Civil RICO) rackets by the Defendants.

19. To retaliate against a victim and then a whistleblower, Family Court had first labeled Father "dangerous" and later engaged in his total employment control, i.e., the alleged "conspiracy to silence and enslave." Specifically, Family Court has continued to commit the cited Civil RICO predicate acts while deliberately targeting, discriminating, and retaliating against the now forcedly indigent Father as a series of specific and systemic disparate treatments (and not mere unintentional "disparate impacts") and Father continues to suffer irreparable harm.

20. The intentional sabotaging of Father's proper and lawful actions in the Family Court, coupled with the allowed and encouraged endlessly frivolous and fraudulent complaints for contempt against him, have rendered a [now 63 years-old] Father **absolutely unemployable** with a just submitted [**2,370th+**] compliant job application and [**$425,000+**] of in-arrears obligations.

- 5 -

**ADDENDUM - 000096**

21. Father is a "person" pursuant to Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d, *et seq.*, ("Title VI"), and State is a Child Support Enforcement: Program Basics[2], ("CSE"), "recipient" of Federal financial assistance, i.e., "the program is a federal-state matching grant program under which states must spend money in order to receive federal funding."

22. Pursuant to the Age Discrimination Act of 1975, 42 U.S.C. §§ 6101-6107, ("ADA"), Father is again a "person," while the State violates the "no person in the United States shall, on the basis of age, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under, any program or activity receiving Federal financial assistance" statute.

23. The Federal CSE reimbursements are defined and reported to the U.S. Congress by the Congressional Research Service ("CRS"): "The [CSE] program is a federal-state matching grant program under which states must spend money in order to receive federal funding. For every dollar a state spends... it generally is reimbursed 66 cents... Pursuant to Federal law, the court cannot retroactively reduce the [support] arrearages that a noncustodial parent owes."

24. "The CSE program provides seven major services on behalf of children: ... (3) establishment of child support orders, (4) review and modification of child support orders," "the child support order is established administratively through the state courts," "Federal law requires that states review and, if appropriate, adjust child support orders," and "effective review and modification of child support orders are important steps in ensuring that noncustodial parents continue to comply with realistic orders based on an actual ability to pay them."

25. Most significantly, "[the] CSE programs usually rely on one of the parents to request a modification of the child support order. It is important for parents facing ... substantial

---

[2] https://crsreports.congress.gov/product/pdf/RS/RS22380

- 6 -

changes in circumstances to seek a modification to their order quickly so that they do not fall behind in their payments and thereby have to contend with past-due child support payments."

26. Title VI prohibits discrimination based on "race, color, or national origin ... under any program or activity receiving Federal financial assistance." However, private parties seeking judicial enforcement of the Title VI nondiscrimination protections must specifically prove intentional & directed discrimination, Alexander v. Sandoval, 532 U.S. 275, 280–81 (2001).

27. Understanding how raw nationalistic discrimination works in communist tyrannies, where authorities enforce rules selectively based on subjects' identity group memberships, Father has avoided identifying his national origin with anything more than a "not Romanian."

28. The original "Father is [a barbaric] Romanian" fabrication (the insinuated reason for the "Romanian Orphans" tragedy publicized on TV) has been upheld by Family Court since the child-predatory GAL investigation in 2011. Through years of litigation, Father consistently informed that the U.S. had granted him political asylum in 1986 precisely because he was "not Romanian, not Hungarian, not German, etc." (as per denials from all those countries).

29. Nevertheless, Family Court continues to restrict his ability to plead. This forced projection of baseless and stereotypical "silenced prisoner" qualities onto Father is manifested in Family Court directly resorting to the continued and deliberate deprivation of his civil rights and Civil RICO predicate act violations while also actively retaliating against his defensive steps of avoiding the now genuinely usurious debt from endlessly accumulating and by sabotaging his proper & timely appellate reviews. The U.S. District Court noted, "Put more simply, [he] maintains that Family Court, on multiple crucial occasions, deliberately failed to notify [him] of its rulings, which resulted in [him] not being able to appeal the same" on 11/22/2022.

- 7 -

30. Father desperately (but diligently) petitioned the SJC for immediate relief on 5/7/2023 with: "The Family Court's capricious or never communicated *ad hoc* 'gatekeeper orders' are arbitrary, untraceable, and unappealable (they are not based on statutes) instruments that are the definition of targeted discrimination and silencing retaliation 'backdoors' into the Family Court's activist 'legal machinery' that Title VI was intended to prevent," and "the meticulously documented systemic child abuse & agenda-driven parental alienation were effectively concealed when Family Court ignored Father's duly submitted filings on 2/3/2014 while stripping him of his protecting legal custody of his children. Predictably, this occurred just after the first 12/5/2013 'gatekeeper orders' were issued by Family Court."

31. Father has also substantiated to the SJC that docket entries continue not to reflect the factual reality of Father's proper filings and the court's orders. Father has claimed that the judicial deadlock (purpose fabricated by Family Court through the allowed fraudulent and frivolous complaints for contempt) was an endless "war of attrition" aimed at delaying investigations and denying Father's desperate requests for relief from his thus retaliatory forced indigency.

32. The DOR issued an Annual Notice Of Child Support Delinquency to Father on 3/7/2023 with the option to request a review. Father duly submitted his Request For Administrative Review on 3/25/2023. The parallel cases have now touched the entire spectrum of the CSE program's core services and incentive payments, in addition to the DOR's involvement since 2/19/2019.

33. The DOR's notices of delinquency confirm that the State has received financial assistance (or "Federal reimbursements"). Accordingly, Title VI applies to the CSE program's "review and modification of child support orders" core service. Moreover, the Family Court issued further

- 8 -

oral "gatekeeper orders" during the 3/23/2023 dual hearings. Yet, Father has no confirmation that the hearings have ever even taken place. Therefore, appealing "the orders" is impossible.

34. Furthermore, the ADA prohibits such age discrimination as age distinction does not affect the normal and efficient functioning of the CSE program's review and modification of support orders. Delays and refusals to act on requests for modifications (only to induce subsequent "downstream" age discrimination, as in this case) are direct discriminations and retaliations.

35. Despite Father's factual argument to the SJC, e.g., "all of Father's relevant evidence has been fully communicated and readily accessible as Father had e-filed his entire collection with the Appeals Court. Therefore, the Family Court's 'gatekeeper orders,' while unappealable, serve as secretive instruments to conceal the already substantiated fraud on the court," SJC-13427 ruled in an **endlessly circular** fashion on 8/8/2023: a) "to the extent he challenges the entry of interlocutory 'gatekeeper' orders... he could seek reconsideration of those orders" -- which is not possible in the purposeful absence of the actual orders, b) "to the extent he challenges the entry of any final order of the Family Court, he may appeal from any such order" -- which is not possible in the purposeful absence of any final orders, and c) "to the extent [Father] contends that the docketing of any order was delayed and that the appellate period lapsed in the interim, a motion under Mass. R. Civ. P. 60 (b) (1) or (6) may provide a remedy" -- which is what Father has been consistently and repeatedly attempting to do since 2018, see Father's latest parallel **"Corrected Motion For Relief From Judgments And Orders By Justices Donnelly, Monks, Cafazzo, And Allen Pursuant To Rule 60 Fraud And Fraud On The Court,"** #4-16, and **"Corrected Motion For Relief From Judgments And Orders By Justices Donnelly, Gibson, Black, And Allen Pursuant To Rule 60 Fraud**

- 9 -